**Fill in this information to identify the case:**

Debtor name     **TMOV, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-13649-SK**

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                                12/15

**Part 1:**    **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................    $            0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................................    $        78,367.49

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................    $        78,367.49

**Part 2:**    **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      6,508,895.60

3. *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................    $      1,361,359.83

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$      7,486,635.35

4. **Total liabilities**.........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                              $     15,356,890.78

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **TMOV, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:16-bk-13649-SK**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pacific City Bank** Downtown Los Angeles branch | **Checking account** | 6427 | $1,822.75 |
| 3.2. | **Wilshire Bank** Mid Wilshire branch | **Checking account** | 4903 | $1,414.74 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$3,237.49

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

Debtor    **TMOV, Inc.**
　　　　　　Name

Case number (If known)  **2:16-bk-13649-SK**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**　　Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | **Finished goods for Kasil, LLC** | | Unknown | | $6,705.00 |
| | **Finished goods for iTem Denim, Inc.** | | Unknown | | $16,414.00 |
| | **Finished goods for The Star Production, Inc.** | | Unknown | | $16,716.00 |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | $39,835.00 |
|---|---|---|

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**　　Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**　　Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | TMOV, Inc. | | Case number (If known) | 2:16-bk-13649-SK |
|---|---|---|---|---|
| | Name | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>24 desks; 30 cabinets; 37 file cabinets; 24 drawers; 13 book cases; 7 meeting tables; 21 shipping tables; and 65 chairs | Unknown | | $3,730.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>10 notebook computers; 8 desktop computers; and 3 servers | Unknown | | $4,800.00 |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | Total of Part 7.<br>Add lines 39 through 42. Copy the total to line 86. | | | $8,530.00 |
|---|---|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | 2005 Chevy Astro van<br>104,000 miles | Unknown | Pink Slip | $2,500.00 |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **TMOV, Inc.** | Case number *(If known)* **2:16-bk-13649-SK** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 7 single needle sewing machines; 2 overlock machines; 1 double needle machines; 2 caballo machines; 1 waist band machine; 2 keyhole machines; 1 embroidery machine; 3 bar tack machines; 1 multineedle machine; 1 cover stitch machine; 1 zigzag machine; 1 walking foot machine; 3 standard button machines; 1 silk screen machine; 1 oven, 1 heat transfer machine; 2 cutting machines; 1 home machine; 1 water heater; 3 clothing irons; 2 plotter machines; 1 digitizing table; and 1 cutting table | | **Unknown** | **$13,265.00** |

---

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| **$15,765.00** |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark:  !iT**<br>**Country: Kuwait**<br>**Registration date: June 17, 2009**<br>**Renewal Date: June 17, 2019** | **Unknown** | **N/A** | **$500.00** |
| | **Trademark:  !iT**<br>**Country: Oman**<br>**Registration date: June 14, 2009**<br>**Renewal Date: June 14, 2019** | **Unknown** | **N/A** | **$500.00** |
| | **Trademark:  !iT**<br>**Country: Bahrain**<br>**Registration date: June 14, 2009**<br>**Renewal Date: June 14, 2019** | **Unknown** | **N/A** | **$500.00** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    __TMOV, Inc.__                                    Case number *(If known)* __2:16-bk-13649-SK__
              Name

| | | | |
|---|---|---|---|
| **Trademark:  !iT**<br>**Country: China (People's Republic)**<br>**Registration date: May 13, 2012**<br>**Renewal Date: May 12, 2022** | Unknown | N/A | $500.00 |
| **Trademark:  !iT**<br>**Country: Japan**<br>**Registration date: July 27, 2012**<br>**Renewal Date: July 27, 2022** | Unknown | N/A | $500.00 |
| **Trademark:  !iT**<br>**Country: USA**<br>**Registration date: January 5, 2010**<br>**Renewal Date: January 5, 2020** | Unknown | N/A | $500.00 |
| **Trademark:  !iT**<br>**Country: Korea (Republic of Korea)**<br>**Registration date: October 8, 2008**<br>**Renewal date: October 8, 2020** | Unknown | N/A | $500.00 |
| **Trademark:  !iT in Brackets and Design**<br>**Country: USA**<br>**Registration date: July 6, 2010**<br>**Renewal Date: July 6, 2020** | Unknown | N/A | $500.00 |
| **Trademark:  Los [!iT] Angeles**<br>**Country: USA**<br>**Registration date: January 4, 2011**<br>**Renewal date: January 4, 2021** | Unknown | N/A | $500.00 |
| **Trademark:  Los [!iT] Angeles**<br>**Country: Korea**<br>**Registration date: August 17, 2011**<br>**Renewal Date: August 17, 2021** | Unknown | N/A | $500.00 |
| **Trademark:  !iTem**<br>**Country: Australia**<br>**Registration date: February 20, 2012**<br>**Renewal date: August 19, 2021** | Unknown | N/A | $500.00 |
| **Trademark:  !iTem**<br>**Country: European Union**<br>**Registration date: December 22, 2011**<br>**Renewal date: July 18, 2021** | Unknown | N/A | $500.00 |
| **Trademark:  !iTem**<br>**Country: Japan**<br>**Registration date: December 2, 2011**<br>**Renewal date: December 2, 2021** | Unknown | N/A | $500.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | TMOV, Inc. | Case number *(If known)* __2:16-bk-13649-SK__ |
| | Name | |

| | | | |
|---|---|---|---|
| Trademark: !iTem<br>Country: New Zealand<br>Registration date: March 16, 2011<br>Renewal date: March 16, 2021 | Unknown | N/A | $500.00 |
| Trademark: !iTem<br>Country: Switzerland<br>Registration date: February 23, 2012<br>Renewal date: September 14, 2021 | Unknown | N/A | $500.00 |
| Trademark: !iTem<br>Country: China (Hong Kong)<br>Registration date: March 25, 2011<br>Renewal date: March 24, 2021 | Unknown | N/A | $500.00 |
| Trademark: Cham Korean Bistro<br>Country: USA<br>Registration date: June 29, 2010<br>Renewal date: June 29, 2020 | Unknown | N/A | $500.00 |
| Trademark: Cham Design<br>Country: USA<br>Registration date: July 13, 2010<br>Renewal date: July 13, 2020 | Unknown | N/A | $500.00 |
| Trademark: It Shoppe<br>Country: Japan<br>Registration date: January 28, 2011<br>Renewal date: January 28, 2021 | Unknown | N/A | $500.00 |
| Trademark: Kasil Workshop<br>Country: Korea<br>Registration date:<br>Renewal date: | Unknown | N/A | $500.00 |
| Trademark: S.O.N.G.<br>Country: USA<br>Registration date: December 6, 2011<br>Renewal date: December 6, 2021 | Unknown | N/A | $500.00 |
| Trademark: SONG of !iT<br>Country: USA<br>Registration date: September 14, 2010<br>Renewal date: September 14, 2020 | Unknown | N/A | $500.00 |

61.    Internet domain names and websites

62.    Licenses, franchises, and royalties

63.    Customer lists, mailing lists, or other compilations

64.    Other intangibles, or intellectual property

65.    Goodwill

| Debtor | TMOV, Inc. | Case number *(if known)* | 2:16-bk-13649-SK |
|---|---|---|---|
| | Name | | |

| 66. | **Total of Part 10.** | $11,000.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **TMOV, Inc.**
_____
Name

Case number *(If known)* **2:16-bk-13649-SK**
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,237.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $39,835.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,530.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,765.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $11,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $78,367.49 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $78,367.49 |

**Fill in this information to identify the case:**

Debtor name __TMOV, Inc.__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  __2:16-bk-13649-SK__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1  Hana Financial, Inc.**
Creditor's Name

**1000 Wilshire Boulevard, Suite 2000**
**Los Angeles, CA 90017**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**February 1, 2012**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | |
|---|---|
| ■ No | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | |

**Describe debtor's property that is subject to a lien**
**Purchase order loan**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,927,898.16**   Value of collateral: **$0.00**

---

**2.2  Hana Financial, Inc.**
Creditor's Name

**1000 Wilshire Boulevard, Suite 2000**
**Los Angeles, CA 90017**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**September 15, 2011**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
**Trust Receipt loan**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$922,799.19**   Value of collateral: **$0.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **TMOV, Inc.** | Case number (if know) | **2:16-bk-13649-SK** |
| --- | --- | --- | --- |
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Hana Small Business Lending** | | |
| --- | --- | --- | --- |

Creditor's Name

**1000 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
December 1, 2013
Last 4 digits of account number
1175**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**SBA loan**                                                            $1,754,962.92        $0.00

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Universal Tax Services** | | |
| --- | --- | --- | --- |

Creditor's Name

**9177 Las Tunas Drive, Suite 200
Temple City, CA 91780-1937**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
January 1, 2013
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Tax services**                                                        $81,222.81         $0.00

Describe the lien
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **VND Clothing Company, Inc.** | | |
| --- | --- | --- | --- |

Creditor's Name

**1438 East Valencia Drive
Fullerton, CA 92831**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Finished garments**                                                   $822,012.52        $0.00

Describe the lien
**Judgment Lien**

---

| Debtor | TMOV, Inc. | Case number (if know) | 2:16-bk-13649-SK |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**December 7, 2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $6,508,895.60

---

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Hana Financial, Inc.<br>P.O. Box 92943<br>Los Angeles, CA 90009 | Line **2.2** | |
| Hana Financial, Inc.<br>1000 Wilshire Boulevard, 20th Floor<br>Los Angeles, CA 90017 | Line **2.2** | |
| Hana Financial, Inc.<br>1055 Wilshire Boulevard, Suite 1717<br>Los Angeles, CA 90017 | Line **2.2** | |
| Universal Tax Services, Inc.<br>c/o Tappan Zee, Esquire<br>Zee Law Group, P.C.<br>9660 Telstar Avenue<br>El Monte, CA 91731 | Line **2.4** | |
| VND Clothing, Inc.<br>c/o David L. Prince, Esquire<br>1912 East Vernon Avenue, Suite 100<br>Los Angeles, CA 90058 | Line **2.5** | |

| Fill in this information to identify the case: |
|---|

Debtor name  **TMOV, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:16-bk-13649-SK**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Employment Development Department**<br>P.O. Box 989061<br>West Sacramento, CA 95798 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$53,611.00** | **$53,611.00** |
|  | Date or dates debt was incurred<br>**March 31, 2013 - June 30, 2013** | Basis for the claim:<br>**State payroll taxes for It Jeans, Inc.** | | |
|  | Last 4 digits of account number **4935**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Employment Development Department**<br>P.O. Box 989061<br>West Sacramento, CA 95798 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$14,432.00** | **$14,432.00** |
|  | Date or dates debt was incurred<br>**September 30, 2013 - June 30, 2015** | Basis for the claim:<br>**State payroll tax for It Jeans, Inc.** | | |
|  | Last 4 digits of account number **5587**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | TMOV, Inc. | Case number (if known) | 2:16-bk-13649-SK |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**For Informational Purposes Only** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262,378.33 | $262,378.33 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| | | | |
|---|---|---|---|
| Date or dates debt was incurred<br>**January 1, 2013 - June 30, 2013** | Basis for the claim:<br>**Federal payroll tax for It Jeans, Inc.** | | |
| Last 4 digits of account number **5670** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $657,405.65 | $657,405.65 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| | | | |
|---|---|---|---|
| Date or dates debt was incurred<br>**September 30, 2013 - December 31, 2015** | Basis for the claim:<br>**Federal payroll tax for It Jeans, Inc.** | | |
| Last 4 digits of account number **0063** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114,063.76 | $114,063.76 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| | | | |
|---|---|---|---|
| Date or dates debt was incurred<br>**September 30, 2014** | Basis for the claim:<br>**Federal taxes**<br>**Form 941** | | |
| Last 4 digits of account number **0063** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| Debtor | TMOV, Inc. | | Case number (if known) | **2:16-bk-13649-SK** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89,389.18 | $89,389.18 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

**December 31, 2014**

Basis for the claim:
**Federal taxes**
**Form 941**

Last 4 digits of account number **0063**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94,653.63 | $94,653.63 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

**March 31, 2015**

Basis for the claim:
**Federal taxes**
**Form 941**

Last 4 digits of account number **0063**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,465.71 | $69,465.71 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

**June 30, 2015**

Basis for the claim:
**Federal taxes**
**Form 941**

Last 4 digits of account number **0063**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,960.57 | $5,960.57 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

**December 31, 2014**

Basis for the claim:
**Federal taxes**
**Form 940**

Last 4 digits of account number **0063**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | TMOV, Inc. | Case number (if known) | 2:16-bk-13649-SK |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Los Angeles County Tax Collector**
P.O. Box 54018
Los Angeles, CA 90054

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Informational Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,416.98 |
|---|---|---|---|

**A&A Textile Co., Ltd.**
7F., No. 53, Dongsing Road
Sinyi District
Taipei City 110, TAIWAN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 2, 2011**

Basis for the claim: **Fabric**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $502.93 |
|---|---|---|---|

**A.G.I.S., Inc.**
2082 East Gladwick Street
Rancho Dominguez, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March 12, 2012**

Basis for the claim: **Pattern supply**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198,797.41 |
|---|---|---|---|

**Amanis Fashion, Inc.**
2/3 Floor, B Building, Zhongfa
Industrial Zone, No. 28, Xincun Rd.
Nancun, Panyu, Guangzhou, CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **December 7, 2012 -
March 21, 2013**

Basis for the claim: **Finished garments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,236.02 |
|---|---|---|---|

**American Express**
Box 0001
Los Angeles, CA 90096-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Approximately January
2012 - December 2014**

Basis for the claim: **Credit card**

Last 4 digits of account number **1003**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,411.56 |
|---|---|---|---|

**Anda Printing Co., Ltd.**
Yongsheng Industry, Guilan Road
Nanhai District
Foshan City, CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January 28, 2013 - May
9, 2013**

Basis for the claim: **Production trim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TMOV, Inc.** | | Case number (if known) | **2:16-bk-13649-SK** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,676.00 |
|---|---|---|---|

**Anthem Blue Cross**
**R.M.S.**
**1250 East Diehl Road, Suite 300**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 1, 2014**

**Basis for the claim:  Health insurance**

Last 4 digits of account number  **75N3**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,411.60 |
|---|---|---|---|

**Arvind, Ltd.**
**130 West 42nd Street, Suite 603**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 14, 2012 -**
**March 2, 2012**

**Basis for the claim:  Sewing**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,646.02 |
|---|---|---|---|

**AT&T**
**P.O. Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 5, 2014 - April**
**5, 2014**

**Basis for the claim:  Telephone services**

Last 4 digits of account number  **5568**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,383.89 |
|---|---|---|---|

**AT&T**
**P.O. Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 5, 2013**

**Basis for the claim:  Telephone services**

Last 4 digits of account number  **5564**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.39 |
|---|---|---|---|

**AT&T**
**P.O. Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 10, 2013**

**Basis for the claim:  Telephone services**

Last 4 digits of account number  **8799**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $508.31 |
|---|---|---|---|

**AT&T**
**P.O. Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 7, 2014**

**Basis for the claim:  Telephone/DSL services**

Last 4 digits of account number  **7155**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,078.69 |
|---|---|---|---|

**AT&T**
**P.O. Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 3, 2013 -**
**April 5, 2014**

**Basis for the claim:  Telephone services**

Last 4 digits of account number  **5564**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | TMOV, Inc. | Case number (if known) | 2:16-bk-13649-SK |
|---|---|---|---|
| | Name | | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,390.91 |
|---|---|---|
| **AT&T**<br>P.O. Box 5025<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **December 5, 2013** | Basis for the claim: **Telephone services** | |
| Last 4 digits of account number **5568** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.66 |
|---|---|---|
| **AT&T U-verse**<br>P.O. Box 5025<br>Carol Stream, IL 60197-5019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **February 14, 2014 - April 14, 2014** | Basis for the claim: **Internet services** | |
| Last 4 digits of account number **0678** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|
| **Baker Commodities, Inc.**<br>4020 Bandini Boulevard<br>Vernon, CA 90058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **June 25, 2014** | Basis for the claim: **Grease trap services for Cham Pasadena, LLC** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $536,432.83 |
|---|---|---|
| **Bonnie Beach Apparel**<br>226 West 37th Place<br>Los Angeles, CA 90007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **July 2, 2014 - January 28, 2016** | Basis for the claim: **Finished garments** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,897.00 |
|---|---|---|
| **CAD Fab**<br>1410 South Flower Street<br>Los Angeles, CA 90015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **February 19, 2013** | Basis for the claim: **Design printing services** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.72 |
|---|---|---|
| **Calbiz Supplies, Inc.**<br>2520 West 6th Street, Suite 215<br>Los Angeles, CA 90057 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **September 24, 2014** | Basis for the claim: **Restaurant supplies for Cham Pasadena, LLC** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,916.67 |
|---|---|---|
| **Canon Business Solutions America, Inc.**<br>300 Commerce Square 1 Boulevard<br>Burlington, NJ 08016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **November 15, 2013 - December 16, 2013** | Basis for the claim: **Equipment lease** | |
| Last 4 digits of account number **8507** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | TMOV, Inc. | Case number (if known) | 2:16-bk-13649-SK |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,476.38 |
|---|---|---|---|

**Canon Business Solutions**
300 Commerce Square 2 Boulvard
Burlington, NJ 08016

Date(s) debt was incurred  **December 16, 2013 - November 5, 2013**

Last 4 digits of account number  **8507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,952.25 |
|---|---|---|---|

**Canon Financial**
c/o Allison L. Domowitch, Esquire
Plaza 1000 at Main Street
Suite 208
Voorhees, NJ 08043

Date(s) debt was incurred  **August 1, 2013 - April 3, 2014**

Last 4 digits of account number  **8507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,382.50 |
|---|---|---|---|

**Canon Financial Services, Inc.**
14904 Collections Center Drive
Chicago, IL 60693

Date(s) debt was
incurred  **June 1, 2013 - July 1, 2013**

Last 4 digits of account number  **8796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $601.13 |
|---|---|---|---|

**Charles Parsons, Ltd.**
1312 South Boyle Avenue, Unit B
Los Angeles, CA 90023

Date(s) debt was incurred  **August 14, 2014 - September 18, 2014**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Samble fabric**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577.61 |
|---|---|---|---|

**Charlie Chung**
3245 Lauren Canyon Boulevard
Suite G770
Studio City, CA 91604

Date(s) debt was incurred  **May 31, 2013**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sales commission**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,221.28 |
|---|---|---|---|

**Charlie Chung**
P.O. Box 1185
Studio City, CA 91604

Date(s) debt was incurred  **September 1, 2014 - January 1, 2015**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sales commission**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,662.57 |
|---|---|---|---|

**Cintas Corporation**
2829 Workman Mill Road
Whittier, CA 90601

Date(s) debt was incurred  **August 8, 2014 - October 10, 2014**

Last 4 digits of account number  **4535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Kitchen and cleaning supplies for Cham Pasadena, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TMOV, Inc.** | Case number (if known) | **2:16-bk-13649-SK** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $522.28 |
|---|---|---|---|

**City of Commerce**
2536 Commerce Way
Commerce, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 1, 2015**

Last 4 digits of account number  **0357**

Basis for the claim:  **City license**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,214.34 |
|---|---|---|---|

**City of Pasadena**
100 North Garfield Avenue
Pasadena, CA 91101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 1, 2014 -
October 22, 2014**

Last 4 digits of account number  **8864**

Basis for the claim:  **Utilities for Cham Pasadena, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,308.30 |
|---|---|---|---|

**City of Vernon**
4305 Santa Fe Avenue
Vernon, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 19, 2013**

Last 4 digits of account number  **0864**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,267.75 |
|---|---|---|---|

**City of Vernon**
4305 Santa Fe Avenue
Vernon, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 31, 2014**

Last 4 digits of account number  **5251**

Basis for the claim:  **Business License**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,235.68 |
|---|---|---|---|

**City of Vernon**
4305 Santa Fe Avenue
Vernon, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 11, 2014 -
January 25, 2015**

Last 4 digits of account number  **2425**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $227,649.18 |
|---|---|---|---|

**CNR International**
21136 South Wilmington Avenue
Suite 120
Carson, CA 90810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 15, 2013 -
September 30, 2013**

Last 4 digits of account number  **_**

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,242.88 |
|---|---|---|---|

**CNR International**
21136 South Wilmington Avenue
Suite 120
Carson, CA 90810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 1, 2014**

Last 4 digits of account number  **_**

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TMOV, Inc. | Case number (if known) | 2:16-bk-13649-SK |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,547.74**

**Coreland Companies**
716 Mission Street
South Pasadena, CA 91030

Date(s) debt was incurred  **October 1, 2014**

Last 4 digits of account number  **5880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent for Cham Pasadena, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,796.94**

**Cosco International - China**
Cosco Air Building No. 27
Liang Jiang Road Chengyang

Date(s) debt was incurred  **August 30, 2013**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44.01**

**DHL Express, USA, Inc.**
16592 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred  **August 4, 2014**

Last 4 digits of account number  **8501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$943.50**

**Digitech Creative Solution**
725 62nd Street
Los Angeles, CA 90001

Date(s) debt was incurred  **March 15, 2013**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Printing and production services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,505.31**

**EZ Worldwide Express**
EZ Mailing Services, Inc.
669 Division Street
Elizabeth, NJ 07201

Date(s) debt was incurred  **September 16, 2013 - October 28, 2013**

Last 4 digits of account number  **3634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,545.64**

**FedEx**
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred  **March 15, 2014 - October 26, 2015**

Last 4 digits of account number  **2624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,365.00**

**FedEx Techconnect**
c/o Law Offices of Sakida & Bui
2355 Westwood Boulevard, Suite 327
Los Angeles, CA 90064

Date(s) debt was incurred  **June 14, 2014**

Last 4 digits of account number  **9553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **TMOV, Inc.** | Case number (if known) | **2:16-bk-13649-SK** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$298,821.65**

FOEYAL (Taishan) Garment Company
Law Offices of Atlas & Leviton
3 Golf Center, Suite 353
Hoffman Estates, IL 60169

Date(s) debt was incurred  January 1, 2011 -
November 11, 2011

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Finished garments

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,048.27**

Foshan Shunde Bada Clothes Co., Ltd
No. 2 Xing Ye Road, Junan Town
Shunde District, Foshan City
Guangdong, Province P.R., CHINA

Date(s) debt was
incurred  May 9, 2012 - October 3, 2012

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Finished garments

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$396,542.47**

Foshan Shunde Xinrunlian
Textiles Company Limited
c/o Thomas Business Law Group, P.C.
17800 Castleton Street, Suite 657
Rowland Heights, CA 91748

Date(s) debt was incurred  November 25, 2014

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fabric

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,442.16**

Foshan Shunde Zhenji
Homme House Ltd. - Room 10, 9/F
Block A Hoplite Industrial Center
3-5 Wang Tai Road, Kowloon, H.K.

Date(s) debt was incurred  September 26, 2012

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Finished garments

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,866.70**

GCS Software, LLC
266 West 37th Street, 19th Floor
New York, NY 10018

Date(s) debt was incurred  May 14, 2014 -
December 2, 2014

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Records management software

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,669.00**

Gilt Global Trading & Procurement
2 Park Avenue, 4th Floor
New York, NY 10016

Date(s) debt was incurred  October 3, 2012

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer refund

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$502,609.26**

Golden Win Group, Ltd.
c/o John V. Hogan, Esquire
Hogan Zappaterreno, LLP
348 East Olive Avenue, Suite E1
Burbank, CA 91502

Date(s) debt was incurred  June 18, 2012 -
September 17, 2012

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Finished garments

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TMOV, Inc. | Case number (if known) | **2:16-bk-13649-SK** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,725.00 |
|---|---|---|---|

**GXS**
P.O. Box 640371
Pittsburgh, PA 15264-0371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 21, 2014**

Basis for the claim:  **UPC catalogue**

Last 4 digits of account number  **3502**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,901.35 |
|---|---|---|---|

**GXS**
P.O. Box 31001-0828
Pasadena, CA 91110-0828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 30, 2014 - April 30, 2015**

Basis for the claim:  **UPC catalogue**

Last 4 digits of account number  **3803**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139,005.16 |
|---|---|---|---|

**Hong Kong Billion Group, Ltd.**
**Block D, 24/F, Jong Ho Ind. Bldg.**
**78-84, Wang Lung Si**
**Tsuen Wan, N.T., H.K.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 1, 2012 - November 19, 2012**

Basis for the claim:  **Finished garments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,717.25 |
|---|---|---|---|

**Hoover Financial Consulting, Inc.**
15338 Central Avenue, Suite 111
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **May 17, 2013 - June 14, 2013**

Basis for the claim:  **Accounting services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,210.44 |
|---|---|---|---|

**JC Rack Systems**
5232 Alcoa Avenue
Vernon, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 18, 2014 - April 17, 2014**

Basis for the claim:  **Installation of racks**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,298.40 |
|---|---|---|---|

**Jean Ro**
5550 Union Pacific Avenue
Commerce, CA 90022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 29, 2012 - September 20, 2013**

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,015.00 |
|---|---|---|---|

**Jean Ro**
5550 Union Pacific Avenue
Commerce, CA 90022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 18, 2014 - February 17, 2015**

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TMOV, Inc. | Case number (if known) | 2:16-bk-13649-SK |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,100.00 |
|---|---|---|---|

**Jean Ro**
**5550 Union Pacific Avenue**
**Commerce, CA 90022**

Date(s) debt was incurred  **July 17, 2013 -**
**February 12, 2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,240.00 |
|---|---|---|---|

**Jean Ro**
**5550 Union Pacific Avenue**
**Commerce, CA 90022**

Date(s) debt was incurred  **January 13, 2013 -**
**September 25, 2014**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203,892.89 |
|---|---|---|---|

**Jean Ro**
**5550 Union Pacific Avenue**
**Commerce, CA 90022**

Date(s) debt was incurred  **January 6, 2014 -**
**December 24, 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,512.51 |
|---|---|---|---|

**JS Collection Corp**
**1540 Calzona Street**
**Los Angeles, CA 90023**

Date(s) debt was incurred  **May 12, 2012 - August**
**30, 2013**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Finished garments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $969.88 |
|---|---|---|---|

**Kimmy Song**
**5550 Union Pacific Avenue**
**Commerce, CA 90022**

Date(s) debt was incurred  **January 14, 2015 -**
**January 22, 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Reimbursement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,388.00 |
|---|---|---|---|

**Kimmy Song**
**5550 Union Pacific Avenue**
**Commerce, CA 90022**

Date(s) debt was incurred  **April 9, 2013 - February**
**17, 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,680.00 |
|---|---|---|---|

**Kimmy Song**
**5550 Union Pacific Avenue**
**Commerce, CA 90022**

Date(s) debt was incurred  **March 17, 2014 -**
**February 12, 2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | TMOV, Inc. | Case number (if known) | 2:16-bk-13649-SK |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,378.90 |
|---|---|---|---|

**Kimmy Song**
5550 Union Pacific Avenue
Commerce, CA 90022

Date(s) debt was incurred **February 7, 2012 - October 22, 2014**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Cham Pasadena, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $906,031.19 |
|---|---|---|---|

**Kimmy Song**
5550 Union Pacific Avenue
Commerce, CA 90022

Date(s) debt was incurred **July 12, 2013 - December 24, 2013**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,364.35 |
|---|---|---|---|

**Kimmy Song**
5550 Union Pacific Avenue
Commerce, CA 90022

Date(s) debt was incurred **September 20, 2013**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195,762.00 |
|---|---|---|---|

**Laray Fashion, Inc.**
2620 141st Street, Unit 2D
Flushing, NY 11354

Date(s) debt was incurred **March 2, 2010 - September 1, 2013**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Finished garments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,619.00 |
|---|---|---|---|

**Lucas Horsfall**
Murphy & Pindroh, LLP
100 Corson Street
Pasadena, CA 91103-3841

Date(s) debt was
incurred **March 29, 2012 - May 31, 2013**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,364.19 |
|---|---|---|---|

**Merz & Associates, P.C.**
1010 Lake Street, Suite 400
Oak Park, IL 60301-1135

Date(s) debt was
incurred **March 1, 2013 - May 3, 2013**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fee for trademark**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,722.97 |
|---|---|---|---|

**Morrison Express Corp.**
2000 Hughes Way
El Segundo, CA 90245

Date(s) debt was incurred **September 4, 2014 - November 19, 2014**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | TMOV, Inc. | | Case number (if known) | 2:16-bk-13649-SK |
|---|---|---|---|---|
| | Name | | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,172.43 |
|---|---|---|---|
| | **Morrow & Associates**<br>**2625 Townsgate Road, Suite 330**<br>**Westlake Village, CA 91361** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **September 30, 2014 -**<br>**October 8, 2015** | Basis for the claim: **Rent for It Jeans, Inc.**<br>**Judgment entered March 15, 2013**<br>**LASC Case No. BC496682** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $418,238.00 |
|---|---|---|---|
| | **Novae International, Inc.**<br>**573 Monterey Pass Road, Unit G & H**<br>**Monterey Park, CA 91754** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was<br>incurred **June 28, 2012 - July 23, 2013** | Basis for the claim: **Finished garments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|
| | **Performance Elevator, Inc.**<br>**449 West Allen Avenue, Suite 112**<br>**San Dimas, CA 91773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **June 1, 2013** | Basis for the claim: **Repair and maintenance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,083.46 |
|---|---|---|---|
| | **Pitney Bowes**<br>**P.O. Box 371874**<br>**Pittsburgh, PA 15250-7874** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **February 24, 2015 -**<br>**February 1, 2016** | Basis for the claim: **Postage stamp service** | |
| | Last 4 digits of account number **1316** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,042.00 |
|---|---|---|---|
| | **Quality Graphics, LLC**<br>**aka FG Graphics**<br>**14944 Shoemaker Avenue, Unit F**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **December 1, 2012** | Basis for the claim: **Printing service and production** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|
| | **Quantum Associates**<br>**1101 South San Pedro Street**<br>**Suite 200**<br>**Los Angeles, CA 90015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **January 28, 2015** | Basis for the claim: **Real estate consulting fee** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $654,785.55 |
|---|---|---|---|
| | **R&W, Inc.**<br>**6351 Regent Street, Suite 100-A/300**<br>**Huntington Park, CA 90255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **April 17, 2012 -**<br>**September 11, 2012** | Basis for the claim: **Finished garments** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | TMOV, Inc. | Case number (if known) | **2:16-bk-13649-SK** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $825.00 |

**Robert Bare Associates, Inc.**
**2804 North Canon Boulevard**
**Kannapolis, NC 28083**

Date(s) debt was incurred **February 15, 2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $395.28 |

**Robert Bare Associates, Inc.**
**2804 North Canon Boulevard**
**Kannapolis, NC 28083**

Date(s) debt was incurred **September 11, 2014**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,411,021.07 |

**Sanyuan**
**2nd Floor, No. 1888, Jianghu Road**
**Hangzhou, CHINA 310051**

Date(s) debt was incurred **June 1, 2011 - February 7, 2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Finished garments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,205.50 |

**Seaphone Textile Limited**
**41 Tsun Yip Street, Flat 1-3, 21F**
**Tsun Yip Center, KwunTong**
**Kowloon, Hong Kong**

Date(s) debt was incurred **March 1, 2012**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sample trim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,160.18 |

**Shragatex, Inc.**
**1323 Channing Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred **December 7, 2012 - May 8, 2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fabric**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,308.99 |

**SSD Systems, Inc.**
**1740 North Lemon Street**
**Anaheim, CA 92801**

Date(s) debt was incurred **December 12, 2013 - March 1, 2014**

Last 4 digits of account number **9261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire alarm system**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.76 |

**St. George's Medical Clinic**
**1750 East Colorado Boulevard**
**Pasadena, CA 91106**

Date(s) debt was incurred **June 13, 2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Urgent care**
**Cham Pasadena, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **TMOV, Inc.**
_____
Name

Case number (if known)    **2:16-bk-13649-SK**
_____

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $657.80 |

**Staples**
P.O. Box 183174
**Columbus, OH 43218-3174**

Date(s) debt was incurred  **August 24, 2012 -
October 30, 2012**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stationery**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173,988.70 |

**Stone Blue**
**2501 East 28th Street**
**Vernon, CA 90058**

Date(s) debt was incurred  **December 26, 2011 -
September 26, 2012**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Finished garments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219.20 |

**Stone Brewing Company**
**1999 Citracado Parkway**
**Escondido, CA 92029**

Date(s) debt was incurred  **September 9, 2014 -
September 25, 2014**

Last 4 digits of account number  **9317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alcohol purchase (beer and wine) for Cham
Pasadena, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,118.71 |

**Superior Paper & Plastic, Inc.**
**1930 East 65th Street**
**Los Angeles, CA 90001**

Date(s) debt was incurred  **August 26, 2014 -
October 9, 2014**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Restaurant supplies for Cham Pasadena, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $938.38 |

**Sysco Los Angeles, Inc.**
P.O. Box 1508
**Walnut, CA 91788-1508**

Date(s) debt was incurred  **September 29, 2014 -
October 13, 2014**

Last 4 digits of account number  **8910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food supply for Cham Pasadena, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.70 |

**Tiger Natural Gas, Inc.**
**1422 East 71st Street, Suite J**
**Tulsa, OK 74136**

Date(s) debt was incurred  **October 2, 2014**

Last 4 digits of account number  **6585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gas service for Cham Pasadena, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,853.97 |

**Toshiba Financial**
**c/o U.S. Bank Equipment Finance**
P.O. Box 790448
**Saint Louis, MO 63179-0448**

Date(s) debt was incurred  **September 12, 2013 -
May 1, 2014**

Last 4 digits of account number  **9412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | TMOV, Inc. | Case number (if known) | 2:16-bk-13649-SK |
|--------|-----------|------------------------|------------------|
|        | Name      |                        |                  |

---

**3.90**  Nonpriority creditor's name and mailing address
**U.S. Bank**
P.O. Box 790408
Saint Louis, MO 63179-0408

Date(s) debt was incurred **Approximately January 2013 - July 2015**

Last 4 digits of account number **6037**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$38,835.50**

---

**3.91**  Nonpriority creditor's name and mailing address
**U.S. Healthworks Medical Group, PC**
P.O. Box 50042
Los Angeles, CA 90074-0025

Date(s) debt was incurred **September 13, 2011 - August 15, 2013**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Medical bill**

Is the claim subject to offset? ■ No ☐ Yes

**$4,341.22**

---

**3.92**  Nonpriority creditor's name and mailing address
**Ubran Expressions, Inc.**
5500 Union Pacific Avenue
Commerce, CA 90022

Date(s) debt was incurred **March 9, 2016**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Payment of rents**

Is the claim subject to offset? ■ No ☐ Yes

**$16,291.82**

---

**3.93**  Nonpriority creditor's name and mailing address
**Uday R. Sawhney, CPA**
333 West Broadway, Suite 105
Long Beach, CA 90802

Date(s) debt was incurred **November 9, 2014 - May 4, 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting services**

Is the claim subject to offset? ■ No ☐ Yes

**$41,030.00**

---

**3.94**  Nonpriority creditor's name and mailing address
**UPS**
P.O. Box 894820
Los Angeles, CA 90189

Date(s) debt was incurred **May 24, 2014**

Last 4 digits of account number **91X6**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freight services**

Is the claim subject to offset? ■ No ☐ Yes

**$441.14**

---

**3.95**  Nonpriority creditor's name and mailing address
**UPS**
P.O. Box 894820
Los Angeles, CA 90189

Date(s) debt was incurred **July 27, 2013 - February 13, 2016**

Last 4 digits of account number **6813**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freight services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,709.84**

---

**3.96**  Nonpriority creditor's name and mailing address
**UPS Supply Chain Solutions, Inc.**
28013 Network Place
Chicago, IL 60673-1280

Date(s) debt was incurred **May 24, 2012 - December 31, 2013**

Last 4 digits of account number **2248**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UPS customs**

Is the claim subject to offset? ■ No ☐ Yes

**$1,817.44**

---

| Debtor | TMOV, Inc. | | Case number (if known)    2:16-bk-13649-SK |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address<br>**UPS Supply Chain Solutions, Inc.**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280**<br><br>Date(s) debt was incurred **October 1, 2013 - September 30, 2014**<br><br>Last 4 digits of account number **448A** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Freight services**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,424.86** |
|---|---|---|---|
| 3.98 | Nonpriority creditor's name and mailing address<br>**Zhuolang Clothing Co., Ltd.**<br>**Foshan City Shunde Taiheng, No. 10**<br>**Chang Bao Xi Road, Ronggui**<br>**Shunde Foshan, Guangdong, CHINA**<br><br>Date(s) debt was incurred **October 14, 2011 - April 3, 2012**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Finished garments**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$50,814.00** |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **City of Pasadena**<br>P.O. Box 7120<br>Pasadena, CA 91101 | Line **3.28**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Golden Win Group Ltd.**<br>13/F, Rays Industrial Building<br>71 Hung To Road<br>Kwun Tong, Hong Kong | Line **3.47**<br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Internal Revenue Service**<br>G. Cunegin<br>222 North Sepulveda Boulevard<br>Suite 800<br>El Segundo, CA 90245-4341 | Line **2.6**<br>☐ Not listed. Explain ___ | **0063** |
| 4.4 | **Internal Revenue Services**<br>300 North Los Angeles Street<br>Stop 5027<br>Los Angeles, CA 90012 | Line **2.4**<br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Internal Revenue Services**<br>P.O. Box 21126<br>Philadelphia, PA 19144 | Line **2.4**<br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Los Angeles County Tax Collector**<br>P.O. Box 54110<br>Los Angeles, CA 90051-0110 | Line **2.11**<br>☐ Not listed. Explain ___ | _ |
| 4.7 | **Los Angeles County Tax Collector**<br>P.O. Box 54027<br>Los Angeles, CA 90054 | Line **2.11**<br>☐ Not listed. Explain ___ | _ |

| Debtor | **TMOV, Inc.** | Case number (if known) | **2:16-bk-13649-SK** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8 **Los Angeles County Tax Collector**<br>**225 North Hill Street, Room 122**<br>**Los Angeles, CA 90012** | Line  **2.11**<br><br>☐  Not listed. Explain ____ | — |
| 4.9 **Urban Expressions, Inc.**<br>**c/o Safarian Choi & Bolstad, LLP**<br>**555 South Flower Street, Suite 650**<br>**Los Angeles, CA 90071** | Line  **3.92**<br><br>☐  Not listed. Explain ____ | — |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,361,359.83 |
| 5b. Total claims from Part 2 | 5b. + $ | 7,486,635.35 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 8,847,995.18 |

**Fill in this information to identify the case:**

Debtor name  **TMOV, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:16-bk-13649-SK**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **3-year term Sublease from February 1, 2015 through February 28, 2018 between Tilt Holdings, LLC, a California limited liability company, Urban Expressions, Inc., a California corporation, as landord and sublandord and The Star Production, Inc., a California corporation as subtenant of 32,008 square foot easterly portion of that certain commercial real property, located at 5500-5550 Union Pacific Avenue, Commerce, California 90022.** | |
| State the term remaining    **2 years** | **Urban Expressions, Inc. Tilt Holdings, LLC 5500 Union Pacific Avenue Commerce, CA 90022** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **TMOV, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-13649-SK**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jean Ro** | **5550 Union Pacific Avenue Commerce, CA 90022** | **Urban Expressions, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    **2.1** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **TMOV, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:16-bk-13649-SK**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/11/16        X _____
                                   Signature of individual signing on behalf of debtor

                                   **Kimmy Song**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

---

---

**Fill in this information to identify the case:**

Debtor name **TMOV, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:16-bk-13649-SK**

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For year before that:** From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$1,087,933.00** |
   | **For the fiscal year:** From  **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other | **$2,445,076.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **TMOV, Inc.**                                                                Case number *(if known)* **2:16-bk-13649-SK**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | Foshan Shunde Xinrunlian Textiles v. It Institution, Inc.<br>VC064431 | Breach of Contract | Norwalk Courthouse<br>12720 Norwalk Boulevard<br>Norwalk, CA 90650 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. | VND Clothing, Inc. v. The Star Production, Inc.<br>BC570021 | Breach of Contract<br>Judgment entered 12/07/2015 | Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
   | 7.3. | Golden Win Group, Ltd. v. It Jeans, Inc., et al.<br>BC514415 | Breach of Contract | Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.4. | Urban Expressions, Inc. v. The Star Production, Inc., et al.<br>BC613102 | Unlawful Detainer | Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.5. | Universal Tax Services, Inc. v. It Jeans, Inc.<br>BC548155 | Tax services<br>Judgment entered 10/30/2014 | Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    TMOV, Inc.    Case number *(if known)*  **2:16-bk-13649-SK**

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices Of Raymond H. Aver A Professional Corporation 1950 Sawtelle Boulevard, Suite 120 Los Angeles, CA 90025** | | **02/19/2016** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

Debtor  **TMOV, Inc.**                                    Case number *(if known)*  **2:16-bk-13649-SK**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Law Offices Of Raymond H. Aver A Professional Corporation 1950 Sawtelle Boulevard, Suite 120 Los Angeles, CA 90025** | | **03/11/2016** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

Debtor   TMOV, Inc. _____   Case number *(if known)* __2:16-bk-13649-SK__

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **BBCN Bank**<br>**1205 South Broadway**<br>**Los Angeles, CA 90015** | XXXX-9148 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 3, 2016** | **$7.39** |
| 18.2. | **Wilshire Bank**<br>**3832 Wilshire Boulevard,**<br>**Suite 104**<br>**Los Angeles, CA 90010** | XXXX-8007 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 10, 2016** | **$569.92** |
| 18.3. | **Wilshire Bank**<br>**3832 Wilshire Boulevard,**<br>**Suite 104**<br>**Los Angeles, CA 90010** | XXXX-2950 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 10, 2016** | **$64.36** |
| 18.4. | **Wilshire Bank**<br>**3832 Wilshire Boulevard,**<br>**Suite 104**<br>**Los Angeles, CA 90010** | XXXX-1111 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 10, 2016** | **$4.54** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    TMOV, Inc.    Case number *(if known)*  2:16-bk-13649-SK

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor   **TMOV, Inc.**                                                    Case number *(if known)*  **2:16-bk-13649-SK**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.   **IIG Artertainment, LLC**          **Music recording**
        **5251 South Santa Fe Avenue**
        **Vernon, CA 90058**

**Dates business existed**
EIN:   **27-2117798**

From-To   **March 1, 2010 - December 1, 2012**

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.   **Kimmy Song**
         **5550 Union Pacific Avenue**
         **Commerce, CA 90022**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kimmy Song** | **5550 Union Pacific Avenue Commerce, CA 90022** | **President** | **70%** |
| **Jean Ro** | **5550 Union Pacific Avenue Commerce, CA 90022** | **Secretary** | **30%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor   **TMOV, Inc.**                                                                Case number *(if known)* **2:16-bk-13649-SK**

☐ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☐ Yes. Identify below.

**Name of the parent corporation**                         **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

**Name of the parent corporation**                         **Employer Identification number of the parent corporation**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 4/11/16 _____

_____          **Kimmy Song**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor     **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☐ Yes