RAYMOND H. AVER - State Bar No. 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
1950 Sawtelle Boulevard, Suite 120
Los Angeles, California 90025
Telephone: (310) 571-3511
email: ray@averlaw.com

[Proposed] General Insolvency Counsel for
TMOV, INC.
Debtor and Debtor In Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA [LOS ANGELES DIVISION]

| | |
|---|---|
| In re: | Case No. 2:16-bk-13649-SK |
| TMOV, INC., | Chapter 11 |
| | CHAPTER 11 STATUS REPORT |
| Debtor. | |
| | Date: May 19, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 1575<br>United States Bankruptcy Court<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, California  90012 |

TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE; TMOV, INC., THE CHAPTER 11 DEBTOR AND DEBTOR IN POSSESSION; THE OFFICE OF THE UNITED STATES TRUSTEE; ALL CREDITORS AND OTHER PARTIES IN INTEREST:

TMOV, Inc. ("TMOV" or "Debtor"),[1] the chapter 11 debtor and debtor in possession in the above captioned case, submits this "Chapter 11 Status Report" in accordance with the "Order: (1) Setting

---

[1] In or about February 2016, Debtor changed its name from It Institution, Inc. to TMOV, Inc. by the filing of a "Certificate Of Amendment Of Articles Of Incorporation" and merged out its formerly wholly owned subsidiaries: Kasil, LLC; The Star Production, Inc.; Item Denim, Inc.; It Shoppe, Inc.; and It Jeans, Inc.

CHAPTER 11 STATUS REPORT

Status Conference; (2) Requiring Debtor-In-Possession To Appear And File Report Re: Status Of Reorganization; (3) Giving Notice Of Probably Use Of Court-Appointed Expert For Contested Valuation Requests; (4) Mandating Use Of Specific Forms By Non-Individual And Individual Debtors; And (5) Establishing Procedure For Motion For Order Approving Adequacy Of Disclosure Statement; And Motion For Order Confirming Plan," entered on March 23, 2016.[2]

Major Assets And Liabilities Of The Estate

TMOV is a California corporation. TMOV is involved in the business of garment manufacturing for children's, men's and women's clothing. TMOV does not own any real estate. TMOV's major assets include certain inventory, intellectual property, supplies, machinery, fixtures and equipment. The estimated fair market value of the estate's assets is approximately $78,000.00. According to its bankruptcy Schedules, TMOV has secured claims approximating $6.5 million; priority unsecured claims approximating $1.3 million; and general unsecured claims approximating $7.4 million.

Events That Led To And Caused The Filing Of This Chapter 11 Case

TMOV caused to be filed its emergency voluntary petition ("Voluntary Petition") under chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on March 22, 2016 ("Petition Date").

TMOV caused to be filed its bankruptcy case to restructure its financial obligations. Since the Petition Date, Debtor has focused its attention on preparing its bankruptcy Schedules, Statement of

---

[2] Due to a calendar conflict, the Aver Firm intends to file an *ex parte* motion continuing the Initial Status Conference.

Financial Affairs and related forms and meeting the requirements of the United States Trustee.

### Potential Disputes Or Problems With Reorganization Effort, Principal Business And Financial Problems And Legal Disputes To Be Solved

The principal disputes or problems to be resolved include evaluation of claims being asserted by creditors, whether TMOV will be able to structure a sale of its assets, and/or whether TMOV will be able to generate sufficient income to meet its obligations under a plan of reorganization.

### Compliance With Sections 521 and 1106 Of The Bankruptcy Code, Rules 1007 And 4002 Of The Federal Rule Of Bankruptcy Procedure ("FRBP"), And The Guidelines Of The United States Trustee ("OUST")

TMOV is in compliance with 11 U.S.C. sections 521 and 1106 and FRBP 1007 and 4002. On April 11, 2016, TMOV caused to be filed its bankruptcy Schedules, Statement of Financial Affairs, and related chapter 11 forms. On April 13, 2016, TMOV's President, Kimmy Song, appeared for the Initial Debtor Interview with the OUST. TMOV submitted the "7 Day Package" and supporting compliance documents to the OUST, filed the required monthly operating reports and will pay the OUST quarterly fees when they become due. TMOV will be in compliance with the requirements of the United States Trustee by the time of the Initial Status Conference.

///
///
///

### Deadlines For Filing Claims, Objections To Disputed Claims, A Plan Of Reorganization Or Liquidation, And A Disclosure Statement

TMOV proposes that the Court set a claims bar date at the Initial Status Conference. TMOV proposes that the deadline to object to claims be imposed at the time of the plan confirmation hearing.

TMOV is attempting to effectuate a sale of its assets. In the event Debtor is able to do so, it will not be seeking to confirm a plan of reorganization. TMOV therefore submits that it is premature to set a deadline for filing and serving a motion for order approving adequacy of disclosure statement and a motion for order confirming chapter 11 plan.

### Professionals Retained By Debtor

TMOV intends to seek Court approval of its retention of the Law Offices of Raymond H. Aver, A Professional Corporation ("Aver Firm") as its general insolvency counsel. TMOV estimates that the fees and expenses to be incurred by the Aver Firm will be between $25,000.00 - $50,000.00.

TMOV does not anticipate the need to retain any other professionals at this time.

### Cash Collateral Usage

Hana Financial, Inc. ("HFI"), the entity that has previously factored Debtor's accounts receivable, has a blanket security interest in all assets of TMOV. TMOV understands that any use of cash collateral requires either the consent of HFI or a Court order.

TMOV is in the process of preparing a motion for order authorizing the resumption of the HFI financing under the factoring

agreement.

Interest In "Single Asset Real Estate" As Defined In 11 U.S.C. §101 (51B)

According to the Voluntary Petition, TMOV's bankruptcy case is not a "single asset real estate" and there has been no determination by the Court that Debtor is subject to 11 U.S.C. §363(d)(3) or that Debtor is a "single asset real estate debtor" as the term defined in 11 U.S.C. §101(51B).

Status of Litigation

Prior to the filing of the instant case, TMOV was involved in the following state court actions:

1. *Foshan Shunde Xinrunlian Textiles v. It Institution, Inc.*
   Case No. VC064431;
2. *VND Clothing, Inc. v. The Star Production, Inc.*
   Case No. BC570021;
3. *Golden Win Group, Ltd. v. It Jeans, Inc., et al.*
   Case No. BC514415;
4. *Urban Expressions, Inc. v. The Star Production, Inc., et al.*
   Case No. BC613102; and
5. *Universal Tax Services, Inc. V. It Jeans, Inc., et al.*
   Case No. BC548155.

All of the state court actions have been stayed by the filing of the instant case.

///
///

### Small Business Debtor

TMOV is not a "small business debtor" and, therefore, TMOV's bankruptcy case is not required to be treated as a "small business case" as set forth in 11 U.S.C. §§101(51C), 1102(a)(3), 1121(e), 1125(f) and 1129(e).

### Unexpired Leases And Executory Contracts

There are no unexpired leases or executory contracts to be assumed or rejected.

Dated: April 21, 2016        LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation

By: _____
RAYMOND H. AVER
[Proposed] General Insolvency Counsel
for TMOV, INC.
Debtor and Debtor In Possession

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1950 Sawtelle Boulevard, Suite 328 Los Angeles, California 90025.

The foregoing document described **"CHAPTER 11 STATUS REPORT"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 21, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Raymond H Aver     ray@averlaw.com
- Raffi Khatchadourian     raffi@hemar-rousso.com
- Dare Law     dare.law@usdoj.gov, ron.maroko@usdoj.gov
- David L Prince     dlp@redchamber.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

___ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **April 21, 2016**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

_X_ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 21, 2016**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Sandra R. Klein
Bin outside of Suite 1582

___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 21, 2016 | Ani Minasyan | |
|---|---|---|
| Date | Type Name | Signature |

## SERVICE LIST

**VIA U.S. MAIL**

TMOV, Inc.
3010 East Pico Boulevard
Los Angeles, CA 90023

A&A Textile Co., Ltd.
7F., No. 53, Dongsing Road
Sinyi District
Taipei City 110, TAIWAN

A.G.I.S., Inc.
2082 East Gladwick Street
Rancho Dominguez, CA 90220

Amanis Fashion, Inc.
2/3 Floor, B Building, Zhongfa
Industrial Zone, No. 28, Xincun Rd.
Nancun, Panyu, Guangzhou, CHINA

American Express
Box 0001
Los Angeles, CA 90096-8000

Anda Printing Co., Ltd.
Yongsheng Industry, Guilan Road
Nanhai District
Foshan City, CHINA

Anthem Blue Cross
R.M.S.
1250 East Diehl Road, Suite 300
Naperville, IL 60563

Arvind, Ltd.
130 West 42nd Street, Suite 603
New York, NY 10036

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025

Baker Commodities, Inc.
4020 Bandini Boulevard
Vernon, CA 90058

Bonnie Beach Apparel
226 West 37th Place
Los Angeles, CA 90007

| | |
|---|---|
| 1 | CAD Fab |
|  | 1410 South Flower Street |
| 2 | Los Angeles, CA 90015 |
|  |  |
| 3 | Calbiz Supplies, Inc. |
|  | 2520 West 6th Street, Suite 215 |
| 4 | Los Angeles, CA 90057 |
|  |  |
| 5 | Canon Business Solutions America, Inc. |
|  | 300 Commerce Square 1 Boulevard |
| 6 | Burlington, NJ 08016 |
|  |  |
| 7 | Canon Financial |
|  | c/o Allison L. Domowitch, Esquire |
|  | Plaza 1000 at Main Street |
| 8 | Suite 208 |
|  | Voorhees, NJ 08043 |
| 9 |  |
|  | Canon Financial Services, Inc. |
| 10 | 14904 Collections Center Drive |
|  | Chicago, IL 60693 |
| 11 |  |
|  | Charles Parsons, Ltd. |
| 12 | 1312 South Boyle Avenue, Unit B |
|  | Los Angeles, CA 90023 |
| 13 |  |
|  | Charlie Chung |
| 14 | 3245 Lauren Canyon Boulevard |
|  | Suite G770 |
| 15 | Studio City, CA 91604 |
|  |  |
| 16 | Charlie Chung |
|  | P.O. Box 1185 |
| 17 | Studio City, CA 91604 |
|  |  |
| 18 | Cintas Corporation |
|  | 2829 Workman Mill Road |
| 19 | Whittier, CA 90601 |
|  |  |
| 20 | City of Commerce |
|  | 2536 Commerce Way |
| 21 | Commerce, CA 90040 |
|  |  |
| 22 | City of Pasadena |
|  | 100 North Garfield Avenue |
|  | Pasadena, CA 91101 |
| 23 |  |
|  | City of Pasadena |
| 24 | P.O. Box 7120 |
|  | Pasadena, CA 91101 |
| 25 |  |
|  | City of Vernon |
| 26 | 4305 Santa Fe Avenue |
|  | Vernon, CA 90058 |
| 27 |  |
| 28 |  |

CNR International
21136 South Wilmington Avenue
Suite 120
Carson, CA 90810

Coreland Companies
716 Mission Street
South Pasadena, CA 91030

Cosco International - China
Cosco Air Building No. 27
Liang Jiang Road Chengyang

DHL Express, USA, Inc.
16592 Collections Center Drive
Chicago, IL 60693

Digitech Creative Solution
725 62nd Street
Los Angeles, CA 90001

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Employment Development Department
P.O. Box 989061
West Sacramento, CA 95798

EZ Worldwide Express
EZ Mailing Services, Inc.
669 Division Street
Elizabeth, NJ 07201

FedEx
P.O. Box 7221
Pasadena, CA 91109-7321

FedEx Techconnect
c/o Law Offices of Sakida & Bui
2355 Westwood Boulevard, Suite 327
Los Angeles, CA 90064

FOEYAL (Taishan) Garment Company
Law Offices of Atlas & Leviton
3 Golf Center, Suite 353
Hoffman Estates, IL 60169

Foshan Shunde Bada Clothes Co., Ltd
No. 2 Xing Ye Road, Junan Town
Shunde District, Foshan City
Guangdong, Province P.R., CHINA

Foshan Shunde Xinrunlian
Textiles Company Limited
c/o Thomas Business Law Group, P.C.
17800 Castleton Street, Suite 657
Rowland Heights, CA 91748

Foshan Shunde Zhenji
Homme House Ltd. - Room 10, 9/F
Block A Hoplite Industrial Center
3-5 Wang Tai Road, Kowloon, H.K.

Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952

GCS Software, LLC
266 West 37th Street, 19th Floor
New York, NY 10018

Gilt Global Trading & Procurement
2 Park Avenue, 4th Floor
New York, NY 10016

Golden Win Group Ltd.
13/F, Rays Industrial Building
71 Hung To Road
Kwun Tong, Hong Kong

Golden Win Group, Ltd.
c/o Hogan Zappaterreno, LLP
348 East Olive Avenue, Suite E1
Burbank, CA 91502

Golden Win Group, Ltd.
c/o Chatham & Hogan, LLP
11240 Magnolia Boulevard, Suite 104
North Hollywood, CA 91601

GXS
P.O. Box 640371
Pittsburgh, PA 15264-0371

GXS
P.O. Box 31001-0828
Pasadena, CA 91110-0828

Hana Financial, Inc.
1000 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017

Hana Financial, Inc.
P.O. Box 92943
Los Angeles, CA 90009

Hana Financial, Inc.
1055 Wilshire Boulevard, Suite 1717
Los Angeles, CA 90017

| | |
|---|---|
| 1 | Hana Financial, Inc. |
| | 1000 Wilshire Boulevard, 20th Floor |
| 2 | Los Angeles, CA 90017 |
| 3 | Hana Small Business Lending |
| | 1000 Wilshire Boulevard, Suite 2000 |
| 4 | Los Angeles, CA 90017 |
| 5 | Hong Kong Billion Group, Ltd. |
| | Block D, 24/F, Jong Ho Ind. Bldg. |
| | 78-84, Wang Lung Si |
| 6 | Tsuen Wan, N.T., H.K. |
| 7 | |
| | Hoover Financial Consulting, Inc. |
| | 15338 Central Avenue, Suite 111 |
| 8 | Chino, CA 91710 |
| 9 | Internal Revenue Service |
| | P.O. Box 7346 |
| 10 | Philadelphia, PA 19101-7346 |
| 11 | Internal Revenue Service |
| | G. Cunegin |
| 12 | 222 North Sepulveda Boulevard |
| | Suite 800 |
| 13 | El Segundo, CA 90245-4341 |
| 14 | Internal Revenue Services |
| | 300 North Los Angeles Street |
| | Stop 5027 |
| 15 | Los Angeles, CA 90012 |
| 16 | |
| | Internal Revenue Services |
| | P.O. Box 21126 |
| 17 | Philadelphia, PA 19144 |
| 18 | JC Rack Systems |
| | 5232 Alcoa Avenue |
| 19 | Vernon, CA 90058 |
| 20 | Jean Ro |
| | 3010 East Pico Boulevard |
| 21 | Los Angeles, CA 90023 |
| 22 | JS Collection Corp |
| | 1540 Calzona Street |
| 23 | Los Angeles, CA 90023 |
| 24 | Kimmy Song |
| | 3010 East Pico Boulevard |
| 25 | Los Angeles, CA 90023 |
| 26 | Laray Fashion, Inc. |
| | 2620 141st Street, Unit 2D |
| 27 | Flushing, NY 11354 |
| 28 | |

CHAPTER 11 STATUS REPORT

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90051-0110

Los Angeles County Tax Collector
225 North Hill Street, Room 122
Los Angeles, CA 90012

Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054

Lucas Horsfall
Murphy & Pindroh, LLP
100 Corson Street
Pasadena, CA 91103-3841

Merz & Associates, P.C.
1010 Lake Street, Suite 400
Oak Park, IL 60301-1135

Morrison Express Corp.
2000 Hughes Way
El Segundo, CA 90245

Morrow & Associates
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

Novae International, Inc.
573 Monterey Pass Road, Unit G & H
Monterey Park, CA 91754

Performance Elevator, Inc.
449 West Allen Avenue, Suite 112
San Dimas, CA 91773

Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250-7874

Quality Graphics, LLC
aka FG Graphics
14944 Shoemaker Avenue, Unit F
Santa Fe Springs, CA 90670

Quantum Associates
1101 South San Pedro Street
Suite 200
Los Angeles, CA 90015

R&W, Inc.
6351 Regent Street, Suite 100-A/300
Huntington Park, CA 90255

Robert Bare Associates, Inc.
2804 North Canon Boulevard
Kannapolis, NC 28083

Sanyuan
2nd Floor, No. 1888, Jianghu Road
Hangzhou, CHINA 310051

Seaphone Textile Limited
41 Tsun Yip Street, Flat 1-3, 21F
Tsun Yip Center, KwunTong
Kowloon, Hong Kong

Securities & Exchange Commission
444 South Flower Street, Suite 900
Los Angeles, CA 90071

Shragatex, Inc.
1323 Channing Street
Los Angeles, CA 90021

SSD Systems, Inc.
1740 North Lemon Street
Anaheim, CA 92801

St. George's Medical Clinic
1750 East Colorado Boulevard
Pasadena, CA 91106

Staples
P.O. Box 183174
Columbus, OH 43218-3174

Stone Blue
2501 East 28th Street
Vernon, CA 90058

Stone Brewing Company
1999 Citracado Parkway
Escondido, CA 92029

Superior Paper & Plastic, Inc.
1930 East 65th Street
Los Angeles, CA 90001

Sysco Los Angeles, Inc.
P.O. Box 1508
Walnut, CA 91788-1508

Tiger Natural Gas, Inc.
1422 East 71st Street, Suite J
Tulsa, OK 74136

| | |
|---|---|
| 1 | Toshiba Financial |
|   | c/o U.S. Bank Equipment Finance |
| 2 | P.O. Box 790448 |
|   | Saint Louis, MO 63179-0448 |
| 3 | |
|   | U.S. Bank |
| 4 | P.O. Box 790408 |
|   | Saint Louis, MO 63179-0408 |
| 5 | |
|   | U.S. Bank |
| 6 | P.O. Box 5229 |
|   | Cincinnati, OH 45201 |
| 7 | |
|   | U.S. Healthworks Medical Group, PC |
|   | P.O. Box 50042 |
| 8 | Los Angeles, CA 90074-0025 |
| 9 | |
|   | Ubran Expressions, Inc. |
|   | 5500 Union Pacific Avenue |
| 10 | Commerce, CA 90022 |
| 11 | Uday R. Sawhney, CPA |
|    | 333 West Broadway, Suite 105 |
| 12 | Long Beach, CA 90802 |
| 13 | Universal Tax Services |
|    | 9177 Las Tunas Drive, Suite 200 |
| 14 | Temple City, CA 91780-1937 |
| 15 | UPS |
|    | P.O. Box 894820 |
| 16 | Los Angeles, CA 90189 |
| 17 | UPS Supply Chain Solutions, Inc. |
|    | 28013 Network Place |
|    | Chicago, IL 60673-1280 |
| 18 | |
| 19 | Urban Expressions, Inc. |
|    | c/o Safarian Choi & Bolstad, LLP |
|    | 555 South Flower Street, Suite 650 |
| 20 | Los Angeles, CA 90071 |
| 21 | Urban Expressions, Inc. |
|    | Tilt Holdings, LLC |
| 22 | 5500 Union Pacific Avenue |
|    | Commerce, CA 90022 |
| 23 | |
|    | VND Clothing Company, Inc. |
| 24 | 1438 East Valencia Drive |
|    | Fullerton, CA 92831 |
| 25 | |
|    | VND Clothing, Inc. |
| 26 | c/o David L. Prince, Esquire |
|    | 1912 East Vernon Avenue, Suite 100 |
| 27 | Los Angeles, CA 90058 |
| 28 | |

Zhuolang Clothing Co., Ltd.
Foshan City Shunde Taiheng, No. 10
Chang Bao Xi Road, Ronggui
Shunde Foshan, Guangdong, CHINA