1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  DARE LAW, State Bar No. 155714
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, Suite 2600
5  Los Angeles, California 90017-5418
   (213) 894-4925 telephone
6  (213) 894-2603 facsimile
   Email: dare.law@*usdoj.gov*
7

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

10

11 | In re:                          ) Case No.: 2:16-bk-13649-SK
                                     )
12 | TMOV, INC,                      ) Chapter 11
                                     )
13 |                                 ) NOTICE OF APPOINTMENT AND
                                     ) APPOINTMENT OF COMMITTEE OF
14 |                                 ) CREDITORS HOLDING UNSECURED
                                     ) CLAIMS
15 |                                 )
   |                    Debtor.      )
16 |_____)

17       Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following

18 three (3) Creditors to serve on the Committee of Creditors holding unsecured claims:

19                           SEE ATTACHED EXHIBIT A

20

21 DATED: May 6, 2015              PETER C. ANDERSON
                                   **UNITED STATES TRUSTEE**
22

23
                                   By: /s/ Jill M. Sturtevant
24                                     Jill M. Sturtevant
                                       Assistant United States Trustee
25

26

27

28

                                          1

| | |
|---|---|
| 1 | **EXHIBIT "A"** |
| 2 | In re: TMOV, INC; 2:16-bk-13649-SK |
| 3 | |
| 4 | Fosham Shunde Xiumumitam Textile |
| | Shunde Lunjiao Integate Industrial Park |
| | Xinghua Zhony Road |
| 5 | Telephone: 0757-25519211 |
| | Facsimile: 0757-88504017 |
| 6 | |

**Fosham Shunde Xiumumitam Textile Represented by:**
Thomas Business Law Group, P.C.
Stephen J. Thomas/Counsel
17800 Castleton Street, Suite 657
City of Industry, CA  91748
Telephone: (626) 771-1005
Facsimile: (626) 628-1905
E-mail: sjt@corporatefirm.com

7

8  Zhejiang Sanyuan Holding Group Co., Ltd.
   Attn: Qian Jing/Vice General Manager
   No. 1888 Jianghui Road
9  Hangzhoum, China
   Telephone: +86-571-83783578
10 Facsimile: +86-571-83691333
   E-mail: QJ@SAN-YUAN.CN
11

12 Zhuolang Garment Co., Ltd
   Attn: Kuang Ren Feng/Manager
13 No 9M Xinhua Industrial Zone
   Junnan Road, Junan Town, Shunde
14 Foshan City, Guang Dong China Area,
   Telephone: +86 757-25502781
15 Facsimile: +86 757-25502780
   E-mail: yaodongmei999@126.com
16

17

18

19

20

21

22

23

24

25

26

27

28

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __May 06, 2016__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On __May 06, 2016__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __May 06, 2016__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 06, 2016 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Raymond H Aver | Attorney for Debtor | ray@averlaw.com |
| Raffi Khatchadourian | Interested Party | raffi@hemar-rousso.com |
| Dare Law | Attorneys for U.S. Trustee | dare.law@usdoj.gov, ron.maroko@usdoj.gov |
| David L Prince | Attorney for Creditor | dlp@redchamber.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor:**
TMOV, Inc.
3010 East Pico Blvd
Los Angeles, CA 90023

**Committee of Unsecured Creditors:**
Fosham Shunde Xiumumitam Textile
Shunde Lunjiao Integate Industrial Park
Xinghua Zhony Road

**Fosham Shunde Xiumimitam Textile - Represented by:**
Thomas Business Law Group, P.C.
Stephen J. Thomas
17800 Castleton Street, Suite 657
City of Industry, CA 91748

Zhejiang Sanyuan Holding Group Co., Ltd.
Attn: Qian Jing
No. 1888 Jianghui Road
Hangzhoum,China

Zhoulang Garment Co., Ltd.
Attn: Kuang Ren Feng
No 9M Xinhua Industrial Zone
Junnan Road, Junan Town, Shunde Area,
Foshan City, Guang Dong China

3. **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

Judge's Copy
Honorable Sandra Klein
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE