UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>    TMOV, Inc.<br><br><br><br>                                Debtor(s). | AMENDED CHAPTER 11 (BUSINESS) |  |
|---|---|---|
|  | Case Number: | 2:16-bk-13649-SK |
|  | Operating Report Number: | 3 |
|  | For the Month Ending: | 5/31/2016 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$11,455.18**

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — **$11,425.49**

3.  BEGINNING BALANCE: **$29.69**

4.  RECEIPTS DURING CURRENT PERIOD:
      Accounts Receivable - Post-filing
      Accounts Receivable - Pre-filing
      General Sales
      Other (Specify)          Deposit(s)                    **$8,338.77**
      **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD: **$8,338.77**

5.  BALANCE: **$8,368.46**

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
      Transfers to Other DIP Accounts (from page 2)    **$0.00**
      Disbursements (from page 2)                      **$3,781.15**

    TOTAL DISBURSEMENTS THIS PERIOD:*** **$3,781.15**

7.  ENDING BALANCE: **$4,587.31**

8.  General Account Number(s):

    Depository Name & Location:

    **General DIP Account******
    **Account No. ****-***-0432**
    **Wells Fargo Bank, N.A.**
    **Wilshire - Ardmore**
    **3550 Wilshire Boulevard**
    **Los Angeles, California 90010**

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

\*\*\*\*This DIP Account was opened on or about March 29, 2016.

TOTAL DISBURSEMENTS FROM CURRENT ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 5/3/2016 | | FedEx | Shipping and Handling | | $111.85 | $111.85 |
| 5/10/2016 | 1021 | Office of the U.S. Trustee | Quarterly Fee | | $650.00 | $650.00 |
| 5/10/2016 | 1022 | IPES | Business Insurance | | $941.67 | $941.67 |
| 5/10/2016 | | FedEx | Shipping and Handling | | $39.17 | $39.17 |
| 5/11/2016 | | GoDaddy.com | Website Hosting Fee | | $5.99 | $5.99 |
| 5/11/2016 | | United Financial | Auto Insurance | | $426.16 | $426.16 |
| 5/13/2016 | | Shopify-Charge | Online Selling Service | | $34.00 | $34.00 |
| 5/13/2016 | | FedEx | Shipping and Handling | | $241.93 | $241.93 |
| 5/16/2016 | | GoDaddy.com | Email Service | | $95.88 | $95.88 |
| 5/23/2016 | | Shopify-Charge | Online Selling Service | | $34.00 | $34.00 |
| 5/26/2016 | | LA City Parking | Parking | | $0.50 | $0.50 |
| 5/27/2016 | 1024 | Jose Rios | Sample Making Service | | $1,200.00 | $1,200.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 | $3,781.15 | $3,781.15 |

:S to another DIP account (e.g. Payroll or Tax); the "amount" column will
e filled in for you.

EMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT

BANK RECONCILIATION***

Bank statement Date: _____ 5/31/2016   Balance on Statement: _____ $4,587.31

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT | | | $0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | | | $0.00

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | | | $4,587.31

* It is acceptable to replace this form with a similar form.

** Please attach a detailed explanation of any bank statement adjustment.

***A true and correct copy of the DIP account bank statement for the period from 5/1/2016 through 5/31/2016 is attached as **Exhibit A** hereto.

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (PREPETITION ACCOUNT)

| | |
|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $40,215.11 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $37,705.20 |
| 3.  BEGINNING BALANCE:*** | $0.00 |
| 4.  RECEIPTS DURING CURRENT PERIOD: | $0.00 |
| 5.  BALANCE: | $0.00 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | $0.00 |
| 7.  ENDING BALANCE: | $0.00 |

8.  Pre-Petition Account Number(s):     **General Pre-Petition Account******

                                                      **\*\*-\*\*-4903**

     Depository Name & Location:     **Wilshire Bank**

                                                      **3580 Wilshire Boulevard, Suite 120**

                                                      **Los Angeles, California 90010**

** This account was closed on or about March 25, 2016.
*** On or about March 21, 2016, the Internal Revenue Service levied the sum of $33,597.00 pursuant to a notice of levy.

TOTAL DISBURSEMENTS FROM PREPETITION ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 |

## PRE-PETITION ACCOUNT
### BANK RECONCILIATION

Bank statement Date: _____  Balance on Statement: _____

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                        $0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |

TOTAL OUTSTANDING CHECKS:                                       $0.00

Bank statement Adjustments:                          _____
Explanation of Adjustments-

_____

ADJUSTED BANK BALANCE:                                          $0.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I.  CASH RECEIPTS AND DISBURSEMENTS
### C. (PREPETITION ACCOUNT)

| | |
|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $13,842.88 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $16,431.13 |
| 3.  BEGINNING BALANCE: | $0.00 |
| 4.  RECEIPTS DURING CURRENT PERIOD: | $0.00 |
| 5.  BALANCE: | $0.00 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | $0.00 |
| 7.  ENDING BALANCE: | $0.00 |

8.  Pre-Petition Account Number(s):  **General Pre-Petition Account\*\*\*\***
    **Account No. \*\*\*-36427**

    Depository Name & Location:  **Pacific City Bank**
    **3701 Wilshire Boulevard, Suite 900**
    **Los Angeles, California 90010**

\*\*\*\*This DIP Account was closed on or about March 25, 2016.

## TOTAL DISBURSEMENTS FROM PREPETITION ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | **TOTAL DISBURSEMENTS THIS PERIOD:** | $0.00 |

## PREPETITION ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____   Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | $0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | $0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

..................................................................................
:                                                                                :
..................................................................................

ADJUSTED BANK BALANCE:                                        | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH - **N/A**

ENDING BALANCES FOR THE PERIOD: **5/1/2016-5/31/2016**

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General DIP Account: | $4,587.31 |
| *Other Accounts: | |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:  4,587.31

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL PETTY CASH TRANSACTIONS:  0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Hana Financial, Inc. - purchase order loan | N/A | N/A | N/A | |
| Hana Financial, Inc. - TRO loan | N/A | N/A | N/A | |
| Hana Small Business Lending | Monthly | appr. $30,000 | 3 | $90,000.00 |
| Universal Tax Services - judgment lien | N/A | N/A | N/A | $81,222.81 |
| VND Clothing Company - judgment lien | N/A | N/A | N/A | $822,012.52 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | $993,235.33 |

## III. TAX LIABILITIES -**N/A**

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE - **N/A**

| | *Accounts Payable Post-Petition | Accounts Receivable | |
| --- | --- | --- | --- |
| | | Pre-Petition | Post-Petition |
| 30 days or less | | | |
| 31 - 60 days | | | |
| 61 - 90 days | | | |
| 91 - 120 days | | | |
| Over 120 days | | | |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V.  INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
| --- | --- | --- | --- | --- |
| General Liability | HDI Global Insurance Co. | **$2,000,000.00** | **7/7/2016** | **7/7/2016** |
| Workers Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | | | | |
| | | | | |
| | | | | |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
| --- | --- | --- | --- | --- | --- |
| **31-Mar-2016** | **$54,411.33** | **$650.00** | **10-May-2016** | **$650.00** | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | $650.00 | | | $650.00 | **$0.00** |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS -**N/A**

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS -**N/A**

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | $0.00 | $0.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | $0.00 | $0.00 |
| | | |
| **Gross Profit** | $0.00 | $0.00 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Athens Services (Trash) | $0.00 | $0.00 |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| City fee | $0.00 | $0.00 |
| Total Operating Expenses | $0.00 | $0.00 |
| Net Gain/(Loss) from Operations | $0.00 | $0.00 |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | $0.00 | $0.00 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | $0.00 | $0.00 |
| | | |
| **NET INCOME/(LOSS)** | $0.00 | $0.00 |

(Attach exhibit listing all itemizations required above)

## X. BALANCE SHEET - N/A
(ACCRUAL BASIS ONLY)

| | Current Month End | |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Unrestricted Cash | | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | $0.00 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | $0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | $0.00 |
| **TOTAL ASSETS** | | $0.00 |
| | | |
| **LIABILITIES** | | |
| Post-petition Liabilities: | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | $0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | $0.00 |
| **TOTAL LIABILITIES** | | $0.00 |
| | | |
| **EQUITY:** | | |
| Pre-petition Owners' Equity | | |
| Post-petition Profit/(Loss) | | |
| Direct Charges to Equity | | |
| **TOTAL EQUITY** | | $0.00 |
| **TOTAL LIABILITIES & EQUITY** | | $0.00 |

## XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

_____

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization Debtor prepared and filed the April 2016 monthly operating report.
_____

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

_____

I,    Kimmy Song, Manager
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_6/15/16_
Date

Page 16 of 16

Principal for debtor-in-possession

EXHIBIT A

# Wells Fargo Business Choice Checking



Account number: ██████0432 ■ May 1, 2016 - May 31, 2016 ■ Page 1 of 4

TMOV, INC
DBA THE STAR PRODUCTION
DEBTOR IN POSSESSION
CH 11 CASE #16-13649 (CCA)
5550 UNION PACIFIC AVE
COMMERCE CA 90022-5139

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
        P.O. Box 6995
        Portland, OR  97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The
heart of the planning process is your business plan. Take the time now to build a
strong foundation. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s).  Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $29.69 |
| Deposits/Credits | 8,338.77 |
| Withdrawals/Debits | - 3,781.15 |
| **Ending balance on 5/31** | **$4,587.31** |
| Average ledger balance this period | $3,584.48 |

Account number: ██████0432

TMOV, INC
**DBA THE STAR PRODUCTION**
**DEBTOR IN POSSESSION**
**CH 11 CASE #16-13649 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number: ⬛⬛⬛0432   ■ May 1, 2016 - May 31, 2016   ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|-------------|-------------------|---------------------|----------------------|
| 5/2 | | Shopify Payments Transfer x | 118.16 | | |
| 5/2 | | Shopify Payments Transfer x | 396.25 | | 544.10 |
| 5/3 | | Federal Express Debit 160502 MMA20244416 The Star Production | | 111.85 | 432.25 |
| 5/6 | | eDeposit IN Branch/Store 05/06/16 05:31:49 Pm 717 W Olympic Blvd Los Angeles CA 0432 | 4,354.45 | | 4,786.70 |
| 5/9 | | Shopify Payments Transfer x | 253.21 | | |
| 5/9 | | Shopify Payments Transfer x | 206.38 | | 5,246.29 |
| 5/10 | 1021 | Cashed Check | | 650.00 | |
| 5/10 | 1022 | Cashed Check | | 941.67 | |
| 5/10 | | Federal Express Debit 160509 MMA20318584 The Star Production | | 39.17 | 3,615.45 |
| 5/11 | | Recurring Payment authorized on 05/10 Dnh*Godaddy.Com 480-5058855 AZ S466131377471979 Card 0965 | | 5.99 | |
| 5/11 | | United Fin Cas Ins Prem 160511 Pol 03768418 Tmov Inc | | 426.16 | 3,183.30 |
| 5/12 | | Shopify Payments Transfer x | 182.25 | | 3,365.55 |
| 5/13 | | Shopify Payments Transfer x | 401.69 | | |
| 5/13 | | Recurring Payment authorized on 05/11 Shopify-Charge.Com 8887467439 IL S586133235739799 Card 0965 | | 34.00 | |
| 5/13 | | Federal Express Debit 160513 Epa99239324 x | | 241.93 | 3,491.31 |
| 5/16 | | Shopify Payments Transfer x | 531.81 | | |
| 5/16 | | Recurring Payment authorized on 05/13 Dnh*Godaddy.Com 480-5058855 AZ S466134476972767 Card 0965 | | 95.88 | 3,927.24 |
| 5/19 | | Shopify Payments Transfer x | 213.02 | | 4,140.26 |
| 5/23 | | Shopify Payments Transfer x | 588.36 | | |
| 5/23 | | Recurring Payment authorized on 05/19 Shopify-Charge.Com 8887467439 IL S306141244119921 Card 0965 | | 34.00 | 4,694.62 |
| 5/24 | | Shopify Payments Transfer x | 206.38 | | |
| 5/24 | | Shopify Payments Transfer x | 267.83 | | 5,168.83 |
| 5/26 | | Purchase authorized on 05/25 LA City Parking ME Los Angeles CA S306146612104800 Card 0965 | | 0.50 | 5,168.33 |
| 5/27 | 1024 | Cashed Check | | 1,200.00 | 3,968.33 |
| 5/31 | | Shopify Payments Transfer x | 171.57 | | |
| 5/31 | | Shopify Payments Transfer x | 191.96 | | |
| 5/31 | | Shopify Payments Transfer x | 30.48 | | |
| 5/31 | | Shopify Payments Transfer x | 224.97 | | 4,587.31 |
| Ending balance on 5/31 | | | | | 4,587.31 |
| **Totals** | | | **$8,338.77** | **$3,781.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1021 | 5/10 | 650.00 | 1022 | 5/10 | 941.67 | 1024 * | 5/27 | 1,200.00 |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2016 - 05/31/2016 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

Account number: ████████0432  ■  May 1, 2016 - May 31, 2016  ■  Page 3 of 4



### Monthly service fee summary *(continued)*

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $3,584.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 5 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |
|   - Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | |

wx/wx

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 24 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Account number: ████████0432  ■  May 1, 2016 - May 31, 2016  ■  Page 4 of 4



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your        $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801