UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>   TMOV, Inc.<br><br><br>                                Debtor(s). | **AMENDED CHAPTER 11 (BUSINESS)**<br><br>**Case Number:**  **2:16-bk-13649-SK**<br>**Operating Report Number:**  **12**<br>**For the Month Ending:**  **2/28/2017** |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          **$33,801.02**

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL             **$33,378.56**
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                             **$422.46**

4.  RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Other (Specify)        Deposit(s)                  **$2,160.00**
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD:                                    **$2,160.00**

5.  BALANCE:                                                      **$2,582.46**

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)        **$0.00**
   Disbursements (from page 2)                       **$1,574.06**

   TOTAL DISBURSEMENTS THIS PERIOD:***                           **$1,574.06**

7.  ENDING BALANCE:                                               **$1,008.40**

8.  General Account Number(s):          **General DIP Account****
                                        Account No. ****-***-0432**
   Depository Name & Location:          **Wells Fargo Bank, N.A.**
                                        **Wilshire - Ardmore**
                                        **3550 Wilshire Boulevard**
                                        **Los Angeles, California 90010**

\*   All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.
\*\*\*\*This DIP Account was opened on or about March 29, 2016.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 2/2/2017 | | GoDaddy.com | Website Service | | $15.17 | $15.17 |
| 2/2/2017 | | Google Applications | Email Service - Kasil | | $20.00 | $20.00 |
| 2/3/2017 | | US Storgae Centers | Storage Fee | | $431.62 | $431.62 |
| 2/3/2017 | | Google Applications | email Service - TMOV | | $20.00 | $20.00 |
| 2/7/2017 | | Shopify-Charge | Online Selling Service Fee | | $14.00 | $14.00 |
| 2/8/2017 | | GoDaddy.com | Website Service | | $30.34 | $30.34 |
| 2/10/2017 | | US Storgae Centers | Storage Fee | | $240.37 | $240.37 |
| 2/13/2017 | | GoDaddy.com | Website Service | | $5.99 | $5.99 |
| 2/13/2017 | 1048 | US Storgae Centers | Storage Fee | | $220.50 | $220.50 |
| 2/14/2017 | | GoDaddy.com | Website Service | | $15.17 | $15.17 |
| 2/15/2017 | | Item-Denim | Email Service | | $14.00 | $14.00 |
| 2/16/2017 | | GoDaddy.com | Website Service | | $95.88 | $95.88 |
| 2/17/2017 | 1049 | Office of the U.S. Trustee | Quarterly Fee | | $325.00 | $325.00 |
| 2/21/2017 | | GoDaddy.com | Domain Name Fee | | $91.02 | $91.02 |
| 2/22/2017 | | Wells Fargo | Bank Fee | | $35.00 | $35.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 | $1,574.06 | $1,574.06 |

:S to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.
EMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION***

| | | |
|---|---|---|
| Bank statement Date: | 2/28/2017 | Balance on Statement: | $1,008.40 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    $0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    $0.00

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    $1,008.40

* It is acceptable to replace this form with a similar form.
** Please attach a detailed explanation of any bank statement adjustment.
***A true and correct copy of the DIP account bank statement for the period from 2/1/2017
through 2/28/2017 is attached as **Exhibit A** hereto.

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (PREPETITION ACCOUNT)

| | |
|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $40,215.11 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | $37,705.20 |
| 3.  BEGINNING BALANCE:*** | $0.00 |
| 4.  RECEIPTS DURING CURRENT PERIOD: | $0.00 |
| 5.  BALANCE: | $0.00 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | $0.00 |
| 7.  ENDING BALANCE: | $0.00 |

8.  Pre-Petition Account Number(s):        **General Pre-Petition Account****

                                                              \*\*-\*\*-**4903**

    Depository Name & Location:              **Wilshire Bank**

                                                              **3580 Wilshire Boulevard, Suite 120**

                                                              **Los Angeles, California 90010**

** This account was closed on or about March 25, 2016.
*** On or about March 21, 2016, the Internal Revenue Service levied the sum of $33,597.00 pursuant to a notice of levy.

TOTAL DISBURSEMENTS FROM PRE-PETITION ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 |

## PRE-PETITION ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____ Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                          | $0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                          | $0.00 |

Bank statement Adjustments:                        _____
Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:                             | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (PREPETITION ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          $13,842.88

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL              $16,431.13
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                            $0.00

4.  RECEIPTS DURING CURRENT PERIOD:                               $0.00

5.  BALANCE:                                                      $0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                           $0.00

7.  ENDING BALANCE:                                               $0.00

8.  Pre-Petition Account Number(s):          **General Pre-Petition Account******
                                             **Account No. ***-36427**
    Depository Name & Location:              **Pacific City Bank**
                                             **3701 Wilshire Boulevard, Suite 900**
                                             **Los Angeles, California 90010**

****This DIP Account was closed on or about March 25, 2016.

TOTAL DISBURSEMENTS FROM PREPETITION ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $0.00 |

PRE-PETITION ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    | $0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | $0.00 |

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH N/A

ENDING BALANCES FOR THE PERIOD: **2/1/2017-2/28/2017**

*(Provide a copy of monthly account statements for each of the below)*

|  |  |
|---|---|
| General DIP Account: | $1,008.40 |

*Other Accounts:

*Other Monies:

| | |
|---|---|
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE: | $1,008.40

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |

TOTAL PETTY CASH TRANSACTIONS: | 0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
### AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Hana Financial, Inc. - purchase order loan | N/A | N/A | N/A | |
| Hana Financial, Inc. - TRO loan | N/A | N/A | N/A | |
| Hana Small Business Lending | Monthly | appr. $30,000 | 12 | $360,000.00 |
| Universal Tax Services - judgment lien | N/A | N/A | N/A | $81,222.81 |
| VND Clothing Company - judgment lien | N/A | N/A | N/A | $822,012.52 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | $1,263,235.33 |

## III. TAX LIABILITIES - **N/A**

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: _____ | | | |
| TOTAL: | 0.00 | 0.00 | |

IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE - **N/A**

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | HDI Global Insurance Co. | **$2,000,000.00** | **7/7/2017** | **7/7/2017** |
| Workers Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| **31-Mar-2016** | **$54,411.33** | **$650.00** | **10-May-2016** | **$650.00** | $0.00 |
| **30-Jun-2016** | **$19,433.78** | **$650.00** | **25-Jul-2016** | **$650.00** | $0.00 |
| **30-Sep-2016** | **$6,808.43** | **$325.00** | **31-Oct-2016** | **$325.00** | $0.00 |
| **31-Dec-2016** | **$5,865.39** | **$325.00** | **17-Feb-2017** | **$325.00** | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  | | $1,950.00 |  | $1,950.00 | **$0.00** |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS - **N/A**

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS - **N/A**

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: |  |  |
| Gross Sales/Revenue |  |  |
| Less: Returns/Discounts |  |  |
| Net Sales/Revenue | $0.00 | $0.00 |
|  |  |  |
| Cost of Goods Sold: |  |  |
| Beginning Inventory at cost |  |  |
| Purchases |  |  |
| Less: Ending Inventory at cost |  |  |
| Cost of Goods Sold (COGS) | $0.00 | $0.00 |
|  |  |  |
| Gross Profit | $0.00 | $0.00 |
|  |  |  |
| Other Operating Income (Itemize) |  |  |
|  |  |  |
| Operating Expenses: |  |  |
| Payroll - Insiders |  |  |
| Payroll - Other Employees |  |  |
| Payroll Taxes |  |  |
| Other Taxes (Itemize) |  |  |
| Depreciation and Amortization |  |  |
| Rent Expense - Real Property |  |  |
| Lease Expense - Personal Property |  |  |
| Insurance |  |  |
| Real Property Taxes |  |  |
| Telephone and Utilities |  |  |
| Athens Services (Trash) | $0.00 | $0.00 |
| Repairs and Maintenance |  |  |
| Travel and Entertainment (Itemize) |  |  |
| Miscellaneous Operating Expenses (Itemize) |  |  |
| City fee | $0.00 | $0.00 |
| Total Operating Expenses | $0.00 | $0.00 |
| Net Gain/(Loss) from Operations | $0.00 | $0.00 |
|  |  |  |
| Non-Operating Income: |  |  |
| Interest Income |  |  |
| Net Gain on Sale of Assets (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating income | $0.00 | $0.00 |
|  |  |  |
| Non-Operating Expenses: |  |  |
| Interest Expense |  |  |
| Legal and Professional (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating Expenses | $0.00 | $0.00 |
|  |  |  |
| NET INCOME/(LOSS) | $0.00 | $0.00 |

(Attach exhibit listing all itemizations required above)

X. BALANCE SHEET 9/A
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | $0.00 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | $0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | $0.00 |
| TOTAL ASSETS | | $0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | $0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | $0.00 |
| TOTAL LIABILITIES | | $0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | | |
| Post-petition Profit/(Loss) | | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | $0.00 |
| TOTAL LIABILITIES & EQUITY | | $0.00 |

## XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

_____

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization Debtor prepared and filed the January 2017 monthly operating report.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

_____

I,    Kimmy Song, Manager
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

MAR 15 17
_____
Date

Page 16 of 16

_____
Principal for debtor-in-possession

EXHIBIT A

# Wells Fargo Business Choice Checking



Account number: ■■■■0432  ■  February 1, 2017 - February 28, 2017  ■  Page 1 of 5

TMOV, INC
DBA THE STAR PRODUCTION
DEBTOR IN POSSESSION
CH 11 CASE #16-13649 (CCA)
5550 UNION PACIFIC AVE
COMMERCE CA 90022-5139

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $422.46 |
| Deposits/Credits | 2,160.00 |
| Withdrawals/Debits | - 1,574.06 |
| **Ending balance on 2/28** | **$1,008.40** |
| Average ledger balance this period | $417.07 |

Account number:  ■■■■0432

**TMOV, INC**
**DBA THE STAR PRODUCTION**
**DEBTOR IN POSSESSION**
**CH 11 CASE #16-13649 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114)

Account number: ██████0432    ■ February 1, 2017 - February 28, 2017    ■ Page 2 of 5



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/1 | | eDeposit IN Branch/Store 02/01/17 12:02:59 Pm 1244 E 8th St Los Angeles CA 0965 | 900.00 | | 1,322.46 |
| 2/2 | | Recurring Payment authorized on 02/01 Dnh*Godaddy.Com 480-5058855 AZ S587032480203633 Card 0965 | | 15.17 | |
| 2/2 | | Purchase authorized on 02/01 Google *Svcsapps_K CC@Google.Com CA S587032751343377 Card 0965 | | 20.00 | 1,287.29 |
| 2/3 | | Purchase authorized on 02/02 US Storage Centers 866-858-7031 CA S467032607547294 Card 0965 | | 431.62 | |
| 2/3 | | Purchase authorized on 02/02 Google *Svcsapps_I CC@Google.Com CA S587033357259490 Card 0965 | | 20.00 | 835.67 |
| 2/7 | | Purchase authorized on 02/06 Shopify-Charge.Com Shopify.Com IL S467037259379089 Card 0965 | | 14.00 | 821.67 |
| 2/8 | | Purchase authorized on 02/07 Dnh*Godaddy.Com 480-5058855 AZ S307038200431360 Card 0965 | | 30.34 | 791.33 |
| 2/10 | | Purchase authorized on 02/09 US Storage Centers 866-858-7031 CA S307039643098108 Card 0965 | | 240.37 | 550.96 |
| 2/13 | | Recurring Payment authorized on 02/10 Dnh*Godaddy.Com 480-5058855 AZ S467041499674861 Card 0965 | | 5.99 | |
| 2/13 | 1048 | Check | | 220.50 | 324.47 |
| 2/14 | | Recurring Payment authorized on 02/13 Dnh*Godaddy.Com 480-5058855 AZ S387044607440329 Card 0965 | | 15.17 | 309.30 |
| 2/15 | | Recurring Payment authorized on 02/14 Item-Denim - 29937 888-746-7439 IL S307045261739854 Card 0965 | | 14.00 | 295.30 |
| 2/16 | | Recurring Payment authorized on 02/15 Dnh*Godaddy.Com 480-5058855 AZ S387046480909875 Card 0965 | | 95.88 | 199.42 |
| 2/17 | | eDeposit IN Branch/Store 02/17/17 02:37:31 Pm 141 W Adams Blvd Los Angeles CA 0965 | 160.00 | | |
| 2/17 | 1049 | Check | | 325.00 | 34.42 |
| 2/21 | | Recurring Payment authorized on 02/18 Dnh*Godaddy.Com 480-5058855 AZ S307049417887102 Card 0965 | | 91.02 | -56.60 |
| 2/22 | | Overdraft Fee for a Transaction Posted on 02/21 $91.02 Recurring Payment Authori Zed on 02/18 Dnh*Godaddy.Com 480-5058 | | 35.00 | -91.60 |
| 2/28 | | eDeposit IN Branch/Store 02/28/17 09:16:04 Am 1244 E 8th St Los Angeles CA 0965 | 1,100.00 | | 1,008.40 |
| **Ending balance on 2/28** | | | | | **1,008.40** |
| **Totals** | | | **$2,160.00** | **$1,574.06** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|
| 1048 | 2/13 | 220.50 | 1049 | 2/17 | 325.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/01/2017 - 02/28/2017 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $417.00 ☐ |

Account number: ██████0432  ■ February 1, 2017 - February 28, 2017  ■ Page 3 of 5



*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 12 ☑ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

wx/wx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 2,100 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# IMPORTANT ACCOUNT INFORMATION

Effective 4/15/2017 if the primary checking account for your debit card is closed or delinked for any reason, we will designate another eligible linked checking account as the primary account. If there are no other eligible linked checking accounts, your debit card will be closed. If you have one or more savings accounts linked to this debit card, you may request an ATM card for continued access.

Amendment to our Funds Availability Policy

Good news! Effective April 5, 2017, we've updated our funds availability policy to remove the delay of funds by one additional business day for certain checks deposited at a Wells Fargo location in Alaska. This applies only if the check was drawn on or payable at or through a paying bank not located in Alaska. Other funds availability policies are still in effect. Please see our Consumer Account Agreement for additional funds availability policies and details.

**Other Wells Fargo Benefits**

**Commercial real estate financing-relationship discount of up to $2,500**
Customers with a Business Choice Checking or Platinum Business Checking account qualify for our relationship discount. Get half off the origination fee when you apply for a loan or line of credit by March 31, 2017.

Business Real Estate Financing wants to help you meet your commercial real estate goals. Our purchase, refinance, and equity loans offer competitive rates with a variety of term options, and low closing costs.

Account number: ████████0432  ■ February 1, 2017 - February 28, 2017  ■ Page 4 of 5



Visit wellsfargo.com/biz/loans-and-lines/real-estate/financing-details/ for details about our financing.

**To apply, or for more information, call 1-866-416-4320,**
Monday - Friday, 6:00 a.m. to 6:00 p.m. Pacific Time.

All financing is subject to credit approval. Some restrictions may apply. Equal Housing Lender.



**WELLS FARGO**

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your                    $ _____
   register or transfers into                     $ _____
   your account which are not                     $ _____
   shown on your statement.                     + $ _____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801