RAYMOND H. AVER - State Bar No. 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
10801 National Boulevard, Suite 100
Los Angeles, California 90064
Telephone: (310) 571-3511
email: ray@averlaw.com

General Insolvency Counsel for
TMOV, INC.
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA [LOS ANGELES DIVISION]

| | |
|---|---|
| In re: | ) Case No. 2:16-bk-13649-SK |
| | ) |
| TMOV, INC., | ) Chapter 11 |
| | ) |
| | ) STIPULATION (A) TO PAYMENT OF |
| | ) ATTORNEY'S FEES AND COSTS TO THE LAW |
| Debtor. | ) OFFICES OF RAYMOND H. AVER, A |
| | ) PROFESSIONAL CORPORATION, FOR THE |
| | ) SUCCESSFUL PROSECUTION OF THE SALE |
| | ) MOTION; (B) TO DISBURSEMENT OF |
| | ) REMAINING SALE PROCEEDS TO HANA |
| | ) FINANCIAL, INC.; AND (C) FOR |
| | ) DISMISSAL OF CHAPTER 11 BANKRUPTCY |
| | ) CASE OF TMOV, INC. |
| | ) |
| | ) |
| | ) Date:  March 30, 2017 |
| | ) Time:  8:30 a.m. |
| | ) Place: Courtroom 1575 |
| | )        United States Bankruptcy Court |
| _____) |          Roybal Federal Building |
| |          255 East Temple Street |
| |          Los Angeles, California 90012 |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE:**

TMOV, Inc., the chapter 11 debtor and debtor in possession in the above captioned case ("Debtor" or "TMOV"), the United States Trustee ("UST"), Hana Financial, Inc. ("Hana Financial"), and Hana Small Business Lending, Inc. ("Hana Small Business Lending") (TMOV,

the UST, Hana Financial, and Hana Small Business Lending will be collectively referred to as the "Parties"), enter into this "Stipulation (A) To Payment Of Attorney's Fees And Costs To The Law Offices Of Raymond H. Aver, A Professional Corporation For the Successful Prosecution Of The Sale Motion; (B) To Disbursement Of Remaining Sale Proceeds To Hana Financial, Inc.; And (C) For Dismissal Of The Bankruptcy Case Of TMOV, Inc.," based upon the following facts and circumstances:

**WHEREAS**, on March 22, 2016, Debtor caused to be filed a voluntary petition for reorganization under chapter 11 of the Bankruptcy Code.

**WHEREAS**, on December 9, 2016, Debtor caused to be filed a "Motion For Order (1) Authorizing Sale Of Certain Personal Property, Outside Of The Ordinary Course Of Business Under 11 U.S.C. §363(b), And Free And Clear Of Any Interest Under 11 U.S.C. §363(f); (2) Authorizing Debtor To Use Sale Proceeds To Pay Certain Claims; (3) Finding That Proposed Purchaser Is A Good Faith Purchaser Under 11 U.S.C. §363(m); And (4) Waiving 14-Day Stay Period Under FRBP 6004(h)" ("Sale Motion"). The Sale Motion requested authorization for Debtor to sell those certain trademarks registered with the United States Patent and Trademark Office, Registration Nos. 3,733,839; 3,814,483; 3,133,409; 3,900,780; 4,068,502; and 3,848,910 ("Trademarks") outside the course of Debtor's business to EK Line, Inc. ("EK Line"), pursuant to 11 U.S.C. §363(b), for the purchase price of $40,000.00, free and clear of any interest in the property, pursuant to 11 U.S.C. §363(f), including the security interests of Hana Financial and Hana Small Business Lending. The Sale Motion further requested authorization for Debtor to pay from the sale

proceeds the claim of the Law Offices Of Raymond H. Aver, A Professional Corporation ("Aver Firm"), general insolvency counsel for Debtor, for attorney's fees and costs in preparing and prosecuting the Sale Motion and to utilize any remaining sale proceeds to pay Hana Financial or Hana Small Business, as they may decide, in partial satisfaction of their claims against Debtor's estate of in excess of $2.9 million to Hana Financial and of in excess of $1.75 million to Hana Small Business Lending.

**WHEREAS**, on January 13, 2017, Debtor caused to be filed a "Supplement To 'Notice Of Motion And Motion For Order (1) Authorizing Sale Of Certain Personal Property, Outside Of The Ordinary Course Of Business Under 11 U.S.C. §363(b), And Free And Clear Of Any Interest Under 11 U.S.C. §363(f); (2) Authorizing Debtor To Use Sale Proceeds To Pay Certain Claims; (3) Finding That Proposed Purchase Is A Good Faith Purchaser Under 11 U.S.C. §363(m); and (4) Waiving 14-Day Stay Period Under FRBP 6004(h)'" ("Sale Motion Supplement"). The Sale Motion Supplement was filed after the January 5, 2017 Sale Motion hearing which was continued to provide Debtor an opportunity to propose and seek approval of bidding procedures, and to supplement the Sale Motion with evidence regarding the business reasons for proceeding with the Sale Motion.

**WHEREAS**, on March 14, 2017, after the Court held a continued hearing of the Sale Motion, the Court issued an "Order Granting Motion For Order Authorizing Sale Of Certain Personal Property, Outside Of The Ordinary Course Of Business Under 11 U.S.C. §363(b), And Free And Clear Of Any Interest Under 11 U.S.C. §363(f); Finding That Proposed Purchaser Is A Good Faith Purchaser Under 11 U.S.C. §363(m); Waiving 14-Day Stay Period Under FRBP 6004(h), And

Deferring Ruling Of Motion For Order Authorizing Debtor To Use Sale Proceeds To Pay Certain Claims" ("Sale Order"). The Sale Order provides, in pertinent part that: the Sale Motion is granted; Debtor is authorized to sell the Trademarks to Hana Financial, outside the ordinary course of business, for the sum of Forty Two Thousand Five Hundred Dollars ($42,500.00), pursuant to 11 U.S.C. §363(b); the Trademarks are sold free and clear of any interest in the Trademarks of any entity other than the estate, including any perfected security interest held by Hana Financial or Hana Small Business Lending, pursuant to 11 U.S.C. §363(f); and that the request in the Sale Motion to pay the attorney's fees and costs of the Aver Firm in successfully prosecuting the Sale Motion from the sale proceeds be deferred with the sale proceeds to be held in the Aver Firm's client trust account, pending further order of the Court.

**WHEREAS**, on March 9, 2017, Law Offices Of Raymond H. Aver, A Professional Corporation ("Aver Firm") caused to be filed the "First And Final Application Of Law Offices Of Raymond H. Aver, A Professional Corporation, General Insolvency Counsel For TMOV, Inc. For Allowance Of Fees And Reimbursement Of Costs For Period From March 23, 2016, Through February 28, 2017" ("Final Fee Application"). By the Final Fee Application, the Aver Firm seeks approval and allowance of fees of $47,646.50 and reimbursement of costs of $3,255.65 ("Final Fee Award"). By the Final Fee Application, the Aver Firm further seeks payment of $20,250.00 from the sale proceeds in partial satisfaction of the Final Fee Award

leaving a balance of $30,652.15.[1]

**WHEREAS**, no objection to the Final Fee Application has been filed, Hana Financial seeks prompt payment of the $22,250.00 balance of the Sale Proceeds (after payment to the Aver Firm), and the Parties have concluded that it is the interests of Debtor and the estate, which is administratively insolvent, to expeditiously conclude this bankruptcy case before any additional administrative expenses are incurred, including quarterly UST fees for the second quarter 2017.

**WHEREFORE**, based on the facts and circumstances set forth above, the Parties stipulate: (A) to approval and allowance of fees of $47,646.50 and reimbursement of costs of $3,255.65 to the Aver Firm; (B) to payment to the Aver Firm in the amount of $20,250.00 for the successful prosecution of the Sale Motion; (C) to disbursement of remaining sale proceeds of $22,250.00 to Hana Financial; and © for dismissal of the chapter 11 bankruptcy case of TMOV, Inc.

Dated: March 29, 2017        UNITED STATES TRUSTEE

By: _____
    DARE LAW
    Trial Attorney

---

[1] The Aver Firm will utilize the $12,089.80 prepetition retainer balance to partially satisfy the Final Fee Award and will agree to discount the Final Fee Application by the $18,562.35 balance.

Dated: March ___, 2017            HEMAR ROUSSO & HEALD, LLP


By:_____
    RAFFI KHATCHADOURIAN
Attorneys for Secured Creditors
HANA FINANCIAL, INC. and HANA SMALL
BUSINESS LENDING, INC.


Dated: March 29, 2017             LAW OFFICES OF RAYMOND H. AVER
                                  A Professional Corporation


By:_____
    RAYMOND H. AVER
General Insolvency Counsel for
TMOV, INC.
Debtor and Debtor In Possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10801 National Boulevard, Suite 100, Los Angeles, California 90064.

The foregoing document described **"STIPULATION (A) TO PAYMENT OF ATTORNEY'S FEES AND COSTS TO THE LAW OFFICES OF RAYMOND H. AVER, A PROFESSIONAL CORPORATION, FOR THE SUCCESSFUL PROSECUTION OF THE SALE MOTION; (B) TO DISBURSEMENT OF REMAINING SALE PROCEEDS TO HANA FINANCIAL, INC.; AND (C) FOR DISMISSAL OF CHAPTER 11 BANKRUPTCY CASE OF TMOV, INC.'"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 29, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Raymond H. Aver         ray@averlaw.com
- Brian W Byun            bbyun@ci.vernon.ca.us
- Raffi Khatchadourian    raffi@hemar-rousso.com
- Dare Law                dare.law@usdoj.gov, ron.maroko@usdoj.gov
- Robert S Marticello     Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- David L Prince          dlp@redchamber.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

___ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge *will be* completed no later than 24 hours after the document is filed.

___ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 29, 2017**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge *will be* completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
Bin outside of Suite 1582

___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2017 | Ani Minasyan | /s/ Ani Minasyan |
|---|---|---|
| Date | Type Name | Signature |